# EXHIBIT "A"

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

## **DECLARATION OF ANDREW ASTROVE**

Pursuant to 28 U.S.C. § 1746, I, ANDREW ASTROVE, declare the following:

1. My name is Andrew Astrove. I am over eighteen (18) years of age, and I am the plaintiff in the above-captioned lawsuit. I make this affidavit based upon my personal knowledge.

2. This affidavit is made in support of my Motion for Temporary Restraining Order Without Notice against Defendant JOHN DOE (the "Motion").

3. I have reviewed the Motion as well as the documents referenced therein. I have also reviewed, and am familiar with, the Complaint filed in this action.

4. In support of the Motion, I represent based upon my personal knowledge and on my investigation to date, the factual allegations contained in following particular paragraphs of the Complaint which directly relate to the narrow form of equitable relief sought by the Motion are believed to be true and correct: ¶¶ 1, 2, 3, 4, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25.

5. To be clear, while I believe all allegations in the Complaint to be true, I merely limit this declaration to the cited paragraphs for the narrow purpose of the relief sought by the Motion.

FURTHER DECLARANT SAYETH NAUGHT.

## **VERIFICATION**

I, ANDREW ASTROVE, hereby verify and declare under penalty of perjury that I have read the foregoing declaration and know the contents thereof, and that the matters contained in the declaration are true to my own knowledge.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

                                                                                       */s/ Andrew Astrove*
                                                                                       ANDREW ASTROVE

DATED this __20th__ day of April 2022.