# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Eric F. Rosenberg, Esq.** of Silver Miller, 5400 Kenilworth Avenue, Riverdale, Maryland 20737, for purposes of appearance as co-counsel on behalf Plaintiff ANDREW ASTROVE, an individual ("Plaintiff"), in the above-styled case only, and pursuant to Section 2B of the CM/ECF Administrative Procedures, to permit Eric F. Rosenberg to receive electronic filings in this case, and in support thereof states as follows:

    1.    Eric F. Rosenberg is not admitted to practice in the Southern District of Florida and is a member in good standing of the following state or federal bars: State of Maryland, District of Columbia, United States District Court for the District of Maryland, and the United States District Court for the District of Columbia.

    2.    Movant David C. Silver, Esq., of the law firm Silver Miller, 4450 NW 126th Avenue - Suite 101, Coral Springs, Florida 33065, Telephone: (954) 516-6000, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing

system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel/*pro se* parties may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Eric F. Rosenberg has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Eric F. Rosenberg, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Eric F. Rosenberg at e-mail address: ERosenberg@SilverMillerLaw.com.

WHEREFORE, David C. Silver moves this Court to enter an Order allowing Eric F. Rosenberg to appear before this Court on behalf of Plaintiff ANDREW ASTROVE for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Eric F. Rosenberg.

Respectfully submitted,

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone:   (954) 516-6000

By: /s/ David C. Silver
DAVID C. SILVER
Florida Bar No. 572764
E-mail: DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@SilverMillerLaw.com

*Counsel for Plaintiff Andrew Astrove*

Dated:   April 29, 2022