# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

### **CERTIFICATION OF ERIC F. ROSENBERG**

    Eric F. Rosenberg, pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the following state or federal bars: State of Maryland, District of Columbia, United States District Court for the District of Maryland, and the United States District Court for the District of Columbia; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

    By: *[signature]*
    ERIC F. ROSENBERG

Dated: April 29, 2022

**SILVER MILLER**
4450 NW 126th Avenue · Suite 101 • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com
