# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

### [PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Eric F. Rosenberg, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is **GRANTED**. Eric F. Rosenberg, Esq. may appear and participate in this action on behalf of Plaintiff ANDREW ASTROVE, an individual. The Clerk shall provide electronic notification of all electronic filings to Eric F. Rosenberg at ERosenberg@SilverMillerLaw.com.

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this _____ day of April 2022.

 

_____
HONORABLE RODOLFO A. RUIZ, II
UNITED STATES DISTRICT JUDGE