# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

## ORDER MODIFYING AND EXTENDING TEMPORARY RESTRAINING ORDER AND RESCHEDULING PRELIMINARY INJUNCTION HEARING

**THIS MATTER** having been brought before the Court upon the motion filed by Plaintiff ANDREW ASTROVE, an individual ("Plaintiff"), for entry of an Order: (1) modifying the Temporary Restraining Order (TRO) entered on April 22, 2022 against Defendant JOHN DOE, an individual, (2) extending by fourteen days -- through and including May 20, 2022 -- the TRO; and (3) continuing until May 20, 2022 the preliminary injunction hearing presently scheduled to take place before the Court on May 3, 2022; and the Court having considered the moving papers and having been otherwise duly advised in the circumstances surrounding the motion; and for good cause shown; it is

**ORDERED AND ADJUDGED** as follows:

(1)   The Motion to Modify and Extend Temporary Restraining Order and Motion to Continue Preliminary Injunction Hearing [DE _____ ] is hereby **GRANTED**.

(2)   The assets to be frozen under this modified TRO shall be limited to only those assets in the Destination Addresses identified in the April 22, 2022 TRO -- *i.e.*, the entire wallet address identified shall not be frozen; rather, only the amount identified as the "Assets Under Claim" for

each wallet address shall be frozen under this Order. Any assets in the Destination Address that exceed the amount of the "Assets Under Claim" shall not be restrained by this modified TRO.

(3)     The Temporary Restraining Order entered on April 22, 2022, as modified herein, is hereby extended through and including May 20, 2022 and shall remain in full force, except as set forth herein, until that time or upon further Order of this Court.

(4)     The preliminary injunction hearing presently scheduled to take place before the Court on May 3, 2022 is hereby rescheduled for May 20, 2022 as follows:

> Pursuant to Fed.R.Civ.P. 65(b), Defendant JOHN DOE shall appear via Zoom videoconference on May 20, 2022 at ___:___ a.m./p.m., before United States District Judge Rodolfo A. Ruiz II for a hearing at which Defendant JOHN DOE may show good cause why this Court should not enter a preliminary injunction, enjoining the violations of law alleged in Plaintiff's Complaint and imposing such additional relief as the Court deems just and proper, pending final ruling on the claims asserted against Defendant JOHN DOE.
>
> Defendant JOHN DOE shall file with the Court and serve on Plaintiff's counsel any answering affidavits, pleadings, motions, expert reports or declarations and/or legal memoranda no later than five (5) days prior to the hearing for preliminary injunction.
>
> If Defendant JOHN DOE timely files with the Court any papers opposing entry of a preliminary injunction, Plaintiff may file with the Court responsive or supplemental pleadings, materials, affidavits, or memoranda and serve same on Defendant JOHN DOE shall or his counsel-of-record no later than two (2) days prior to the preliminary injunction hearing.
>
> Defendant JOHN DOE is hereby on notice that failure to timely serve and file his opposition, or failure to appear at the hearing, may result in the imposition of a preliminary injunction against him pursuant to Fed.R.Civ.P. 65.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Florida, this ___ day of May 2022.

                                                                       _____
                                                                       HONORABLE RODOLFO A. RUIZ II
                                                                       UNITED STATES DISTRICT JUDGE

cc: all parties and counsel of record