UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80614-RAR

**ANDREW ASTROVE**,

    Plaintiff,

v.

**JOHN DOE**,

    Defendant.

_____/

## ORDER MODIFYING AND EXTENDING TEMPORARY RESTRAINING ORDER AND RESCHEDULING PRELIMINARY INJUNCTION HEARING

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Modify and Extend Temporary Restraining Order and Motion to Continue Preliminary Injunction Hearing [ECF No. 11] ("Motion"), filed on May 2, 2022.  In the Motion, Plaintiff asks the Court to (1) modify the scope of the Temporary Restraining Order ("TRO") entered on April 22, 2022 against Defendant JOHN DOE; (2) extend the TRO by fourteen days—through and including May 20, 2022; and (3) continue the preliminary injunction hearing to May 20, 2022.  The Court, having carefully reviewed Plaintiff's Motion, the record, and being otherwise fully advised—and for good cause shown—it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Motion [ECF No. 11] is **GRANTED**.

2.    The assets to be frozen by this modified TRO shall be limited to only those assets in the Destination Addresses identified in the April 22, 2022 TRO—*i.e.*, the entire wallet address identified shall not be frozen; rather, only the amount identified as the "Assets Under Claim" for each wallet address shall be frozen under this Order.  Any assets in the Destination Address that exceed the amount of the "Assets Under Claim" shall not be restrained by this modified TRO.

3. The TRO entered on April 22, 2022, as modified herein, is hereby extended through and including May 20, 2022, and shall remain in full force, except as set forth herein, until that time or upon further Order of this Court.

4. The preliminary injunction hearing presently scheduled to take place before the Court on May 3, 2022 is hereby rescheduled for **May 20, 2022**.

5. Pursuant to Fed. R. Civ. P. 65(b), Defendant JOHN DOE shall appear via Zoom videoconference on **May 20, 2022 at 3:00 p.m.**, for a hearing at which Defendant JOHN DOE may show good cause why this Court should not enter a preliminary injunction, enjoining the violations of law alleged in Plaintiff's Complaint and imposing such additional relief as the Court deems just and proper, pending final ruling on the claims asserted against Defendant JOHN DOE. **Zoom instructions will be provided on the docket in advance of the hearing.**

6. Defendant JOHN DOE shall file with the Court and serve on Plaintiff's counsel any answering affidavits, pleadings, motions, expert reports or declarations, and/or legal memoranda no later than **five (5) days** prior to the hearing for preliminary injunction.

7. If Defendant JOHN DOE timely files with the Court any papers opposing entry of a preliminary injunction, Plaintiff may file with the Court responsive or supplemental pleadings, materials, affidavits, or memoranda and serve same on Defendant JOHN DOE or his counsel-of-record no later than **two (2) days** prior to the preliminary injunction hearing.

8. Defendant JOHN DOE is hereby on notice that failure to timely serve and file his opposition, or failure to appear at the hearing on May 20, 2022 at 3:00 p.m., may result in the imposition of a preliminary injunction against him pursuant to Fed. R. Civ. P. 65.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of May, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of record