# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

## PLAINTIFF'S SECOND MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING

Plaintiff ANDREW ASTROVE, an individual ("Plaintiff"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7 as well as Local Rule 7.1, hereby respectfully requests this Court: (1) extend by fourteen days -- through and including June 3, 2022 -- the Temporary Restraining Order (TRO) entered on April 22, 2022 against Defendant JOHN DOE, an individual; and (2) continue until June 3, 2022 the preliminary injunction hearing presently scheduled to take place before the Court on May 20, 2022.

In support of his requests, Plaintiff states as follows:

1. Plaintiff is a Florida resident who lost approximately One Million Four Hundred Thousand Dollars ($1,400,000.00) worth of cryptocurrency in a sophisticated online investment scheme perpetrated by Defendant JOHN DOE, an individual.[1]

2. After gaining Plaintiff's confidence and inducing Plaintiff into a cryptocurrency investment plan, JOHN DOE duped Plaintiff into depositing his cryptocurrency portfolio holdings into what Plaintiff was led to believe was an account maintained at Australian cryptocurrency exchange

---

[1] Docket Entry No. ("DE") 1 [Complaint] at ¶ 1.

Mine Digital when it was actually -- unbeknownst to Plaintiff -- Defendant's own private cryptocurrency address.[2]

3. Plaintiff commenced this lawsuit against JOHN DOE on April 20, 2022. [DE 1].

4. On April 22, 2022, upon reviewing the file and considering the evidence presented by Plaintiff, the Court entered against JOHN DOE a Temporary Restraining Order freezing certain Destination Addresses (defined and identified in the TRO) to which cryptographic tracing had traced the path of the digital assets stolen from Plaintiff (the "April 22, 2022 TRO"). [DE 4].

5. On May 3, 2022, the Court modified and extended the TRO through May 20, 2022 and rescheduled for May 20, 2022 the hearing at which the Court would consider expanding the TRO into a preliminary or permanent injunction. [DE 12].

6. On May 13, 2022, the Court granted Plaintiff's request to propound expedited discovery to, *inter alia*, obtain from non-parties -- including certain cryptocurrency exchanges -- documents and information potentially identifying JOHN DOE (*e.g.*, name, physical address, mailing/contact address) so Plaintiff can properly name him in this lawsuit and provide him due notice before requesting that the Court issue preliminary or permanent injunctive relief. [DE 14].

7. Following entry of the Court's Order permitting expedited discovery, Plaintiff promptly served those discovery requests upon the non-party individuals and cryptocurrency exchanges to gather the documents and information that assist in identifying JOHN DOE, whose true identity is still unknown to Plaintiff.

8. Presuming timely compliance with the subpoenas, the non-party individuals and cryptocurrency exchanges are presently scheduled to produce their documents identifying JOHN DOE on or before May 27, 2022.

---

[2] Complaint at ¶¶ 11-18.

Civil Action No. 9:22-cv-80614-RAR

9. Notwithstanding Plaintiff's exigence in seeking from the non-party cryptocurrency exchanges and other non-parties the information that might help identify JOHN DOE, that information is not likely to be made available to Plaintiff before the currently-scheduled May 20, 2022 preliminary injunction hearing.

10. In light of the foregoing and the ongoing effort to identify JOHN DOE and bring him in front of this Court to defend himself before any preliminary or permanent injunctive relief issues, Plaintiff respectfully requests that the Court extend by fourteen (14) days -- through and including June 3, 2022 -- the April 22, 2022 TRO (modified on May 3, 2022), which would maintain the *status quo* for two additional weeks and provide Plaintiff additional time to obtain from the relevant non-parties JOHN DOE's identifying information.

11. Additionally, Plaintiff respectfully requests that the Court continue until June 3, 2022 the preliminary injunction hearing presently scheduled to take place before the Court on May 20, 2022. By rescheduling the hearing, the Court will afford Plaintiff additional time to identify, and bring before the Court, JOHN DOE in an effort to best comply with Fed.R.Civ.P. 65(a)(1) before the Court evaluates Plaintiff's request for any preliminary or permanent injunctive relief.

For the foregoing reasons, Plaintiff ANDREW ASTROVE respectfully requests that this Honorable Court:

(1) extend by fourteen days -- through and including June 3, 2022 -- the Temporary Restraining Order (TRO) entered on April 22, 2022 (and modified on May 3, 2022) against Defendant JOHN DOE;

(2) continue until June 3, 2022 the preliminary injunction hearing presently scheduled to take place before the Court on May 20, 2022; and

(3) enter any other and further relief the Court deems just and proper.

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101 • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com

Civil Action No. 9:22-cv-80614-RAR

Respectfully submitted,

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000

By: /s/ David C. Silver
DAVID C. SILVER
Florida Bar No. 572764
E-mail: DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@SilverMillerLaw.com

- and -

ERIC F. ROSENBERG [*Pro Hac Vice* - DE 7]
E-mail: ERosenberg@SilverMillerLaw.com
**SILVER MILLER**
5400 Kenilworth Avenue
Riverdale, Maryland 20737
Telephone: (240) 516-6000

*Counsel for Plaintiff Andrew Astrove*

Dated: May 17, 2022