# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY SERVE NON-PARTY SUBPOENAS ABROAD

**THIS MATTER** having been brought before the Court upon the motion filed by Plaintiff ANDREW ASTROVE, an individual ("Plaintiff"), for entry of an Order permitting Plaintiff to effectuate electronic service of subpoenas upon non-U.S.-resident third-party witnesses in this matter: one of whom is purportedly based in Hong Kong; and one of whom is purportedly based in Singapore (collectively, the "Foreign FTX Witnesses"); and the Court having considered the moving papers, and having been otherwise duly advised in the circumstances surrounding the motion; and for good cause shown; it is

**ORDERED AND ADJUDGED** as follows:

(1) The Motion for Leave to Electronically Serve Non-Party Subpoenas Abroad [DE ___ ] is hereby **GRANTED**.

(2) Plaintiff is hereby authorized to serve by electronic mail upon the Foreign FTX Witnesses a subpoena asking each of them to provide the following (previously authorized by the Court [DE 14]) "*to demonstrate the accountholder is a bona fide purchaser in good faith and not JOHN DOE himself*":

Order Granting Plaintiff's Motion for Leave to Electronically Serve Non-Party Subpoenas Abroad
Civil Action No. 9:22-cv-80614-RAR

*All documents and information, including but not limited to: (i) Transactional IDs related to the accountholder's acquisition of the cryptocurrency in question; and (ii) information in his/her possession identifying the seller from whom he/she acquired the tainted cryptocurrency in question — showing how the cryptocurrency was obtained, from whom the cryptocurrency was obtained, and the payment records for his/her acquisition of the tainted cryptocurrency.*

**DONE and ORDERED** in Chambers in Fort Lauderdale, Florida, this ___ day of May 2022.

_____
HONORABLE RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc: all parties and counsel of record

- 2 -