## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

### ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND RESCHEDULING PRELIMINARY INJUNCTION HEARING

**THIS MATTER** having been brought before the Court upon the motion filed by Plaintiff ANDREW ASTROVE, an individual ("Plaintiff"), for entry of an Order to: (1) extend by fourteen days -- through and including June 17, 2022 -- the Temporary Restraining Order (TRO) entered on April 22, 2022 against Defendant JOHN DOE, an individual [Docket Entry No. ("DE") 4] and modified/extended by the Court on May 3, 2022 [DE 12]; and (2) continue until June 17, 2022 the preliminary injunction hearing presently scheduled to take place before the Court on June 3, 2022; and the Court having considered the moving papers and having been otherwise duly advised in the circumstances surrounding the motion; and for good cause shown; it is

**ORDERED AND ADJUDGED** as follows:

(1)    Plaintiff's Third Motion to Extend Temporary Restraining Order and Motion to Continue Preliminary Injunction Hearing [DE ____ ] is hereby **GRANTED**.

(2)    The April 22, 2022 TRO [DE 4], as modified by Court Order on May 3, 2022 [DE 12], is hereby extended through and including June 17, 2022 and shall remain in full force until that time or upon further Order of this Court.

(3) The preliminary injunction hearing presently scheduled to take place before the Court on June 3, 2022 is hereby rescheduled for June 17, 2022 as follows:

Pursuant to Fed.R.Civ.P. 65(b), Defendant JOHN DOE shall appear via Zoom videoconference on June 17, 2022 at ___:___ a.m./p.m., before United States District Judge Rodolfo A. Ruiz II for a hearing at which Defendant JOHN DOE may show good cause why this Court should not enter a preliminary injunction, enjoining the violations of law alleged in Plaintiff's Complaint and imposing such additional relief as the Court deems just and proper, pending final ruling on the claims asserted against Defendant JOHN DOE.

Defendant JOHN DOE shall file with the Court and serve on Plaintiff's counsel any answering affidavits, pleadings, motions, expert reports or declarations and/or legal memoranda no later than five (5) days prior to the hearing for preliminary injunction.

If Defendant JOHN DOE timely files with the Court any papers opposing entry of a preliminary injunction, Plaintiff may file with the Court responsive or supplemental pleadings, materials, affidavits, or memoranda and serve same on Defendant JOHN DOE shall or his counsel-of-record no later than two (2) days prior to the preliminary injunction hearing.

Defendant JOHN DOE is hereby on notice that failure to timely serve and file his opposition, or failure to appear at the hearing, may result in the imposition of a preliminary injunction against him pursuant to Fed.R.Civ.P. 65.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Florida, this ___ day of June 2022.

_____
HONORABLE RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc: all parties and counsel of record