# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF FILING DOCUMENTS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Plaintiff ANDREW ASTROVE, an individual ("Plaintiff"), by and through undersigned counsel, hereby serves notice of filing the following documents in support of Plaintiff's Motion for Preliminary Injunction:

1. Notice provided by Plaintiff to interested non-parties of June 15, 2022 hearing on Plaintiff's Motion for Preliminary Injunction;

2. Order Granting Preliminary Injunction, entered in *Williams v. Doe*, Case No. 6:21-cv-03074-RK (W.D. Mo. Apr. 23, 2021) at DE 47;

3. Documents produced by Payward, Inc. d/b/a Kraken ("Payward") in response to May 17, 2022 subpoena duces tecum propounded by Plaintiff [PAYWARD_000002 - PAYWARD_000005];

4. Documents produced by Payward, Inc. d/b/a Kraken ("Payward") in response to May 17, 2022 subpoena duces tecum propounded by Plaintiff [PAYWARD_000043 - PAYWARD_000045];

5. Documents produced by Trans Galactic Trading in response to May 17, 2022 subpoena duces tecum propounded by Plaintiff;.

6. June 8, 2022 e-mail from Hung Ka Ho a/k/a Wincent Hung in response to June 1, 2022 subpoena duces tecum propounded by Plaintiff; and

7. Screenshots from Genesis Block website (https://genesisblockhk.com) as of June 15, 2022.

A copy of the referenced documents are attached hereto.

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101 • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com

Civil Action No. 9:22-cv-80614-RAR

Respectfully submitted,

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone:    (954) 516-6000

By: _____
    DAVID C. SILVER
    Florida Bar No. 572764
    E-mail: DSilver@SilverMillerLaw.com
    JASON S. MILLER
    Florida Bar No. 072206
    E-mail: JMiller@SilverMillerLaw.com

  - and -

ERIC F. ROSENBERG [*Pro Hac Vice* - DE 7]
E-mail: ERosenberg@SilverMillerLaw.com
**SILVER MILLER**
5400 Kenilworth Avenue
Riverdale, Maryland 20737
Telephone:    (240) 516-6000

*Counsel for Plaintiff Andrew Astrove*

Dated:   June 15, 2022