# EXHIBIT 1

| | |
|---|---|
| **From:** | Jason Miller |
| **To:** | Jon-Jorge Aras |
| **Cc:** | David Silver; Eric Rosenberg |
| **Subject:** | Astrove v. John Doe -- USDC - SD Fla. - Case No. 9:22-cv-80614-RAR |
| **Date:** | Monday, June 13, 2022 1:44:00 PM |
| **Attachments:** | 2022-6-2 -- DE 21 - Paperless Order Extend TRO and Resched Prelim Inj Hrg to 06-15-2022.pdf |

Hi Jon-Jorge:

As we previously advised you, the Court will be conducting a hearing on **Wednesday, June 15, 2022 at 10:00 a.m. Eastern Time (USA) via Zoom videoconference** in connection with the above-referenced matter (see attached Docket Entry No. 21).

The Court has still not yet provided Zoom login information for the hearing. It should be published on the Court docket within the next 24-hours. If you wish to contact the Court to get the Zoom information, here is information you can use to contact the Court: https://www.flsd.uscourts.gov/content/judge-rodolfo-ruiz-ii

Do you anticipate appearing at the hearing on behalf of your client Trans Galactic Trading? Should we anticipate another attorney appearing for Trans Galactic instead? Please let us know so we can advise the Court accordingly if your client goes unrepresented at the hearing.

Regards,
-- JSM

/s/
Jason S. Miller, Esq.
SILVER MILLER
4450 NW 126th Avenue - Suite 101
Coral Springs, FL 33065-7604
Telephone: (954) 516-6000
E-mail: JMiller@SilverMillerLaw.com
Web site: www.SilverMillerLaw.com
[**PLEASE NOTE OUR NEW POSTAL ADDRESS AS OF MARCH 15, 2022.**]

Notice: This message, including any attachments, may contain legally privileged and confidential information. If you received this message in error, please notify us immediately by reply e-mail. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Silver Miller.

| | |
|---|---|
| **From:** | Jason Miller |
| **To:** | Wincent Hung |
| **Cc:** | David Silver; Eric Rosenberg |
| **Subject:** | Astrove v. John Doe -- USDC - SD Fla. - Case No. 9:22-cv-80614-RAR |
| **Date:** | Monday, June 13, 2022 1:44:00 PM |
| **Attachments:** | 2022-6-2 -- DE 21 - Paperless Order Extend TRO and Resched Prelim Inj Hrg to 06-15-2022.pdf |

Dear Sir:

Please be advised that the Court will be conducting a hearing on **Wednesday, June 15, 2022 at 10:00 a.m. Eastern Time (USA) via Zoom videoconference** in connection with the above-referenced matter (see attached Docket Entry No. 21).

If you wish to appear at the hearing to represent your interests or have an attorney represent you at the hearing, you are welcome to do so.

The Court has not yet provided Zoom login information for the hearing. It should be published on the Court docket within the next 24-hours. If you wish to contact the Court to get the Zoom information, here is information you can use to contact the Court: https://www.flsd.uscourts.gov/content/judge-rodolfo-ruiz-ii

Having hereby been notified of the upcoming hearing, we ask that you please govern yourself accordingly.

Respectfully Yours,
-- JSM

/s/
Jason S. Miller, Esq.
SILVER MILLER
4450 NW 126th Avenue - Suite 101
Coral Springs, FL 33065-7604
Telephone: (954) 516-6000
E-mail: JMiller@SilverMillerLaw.com
Web site: www.SilverMillerLaw.com
[**PLEASE NOTE OUR NEW POSTAL ADDRESS AS OF MARCH 15, 2022.**]

Notice: This message, including any attachments, may contain legally privileged and confidential information. If you received this message in error, please notify us immediately by reply e-mail. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Silver Miller.

| | |
|---|---|
| **From:** | Jason Miller |
| **To:** | b▮▮▮▮▮▮@hotmail.com |
| **Cc:** | David Silver; Eric Rosenberg |
| **Subject:** | Astrove v. John Doe -- USDC - SD Fla. - Case No. 9:22-cv-80614-RAR |
| **Date:** | Monday, June 13, 2022 1:44:00 PM |
| **Attachments:** | 2022-6-2 -- DE 21 - Paperless Order Extend TRO and Resched Prelim Inj Hrg to 06-15-2022.pdf |

Dear Sir:

Please be advised that the Court will be conducting a hearing on **Wednesday, June 15, 2022 at 10:00 a.m. Eastern Time (USA) via Zoom videoconference** in connection with the above-referenced matter (see attached Docket Entry No. 21).

If you wish to appear at the hearing to represent your interests or have an attorney represent you at the hearing, you are welcome to do so.

The Court has not yet provided Zoom login information for the hearing. It should be published on the Court docket within the next 24-hours. If you wish to contact the Court to get the Zoom information, here is information you can use to contact the Court: https://www.flsd.uscourts.gov/content/judge-rodolfo-ruiz-ii

Having hereby been notified of the upcoming hearing, we ask that you please govern yourself accordingly.

Respectfully Yours,
-- JSM

/s/
Jason S. Miller, Esq.
SILVER MILLER
4450 NW 126th Avenue - Suite 101
Coral Springs, FL 33065-7604
Telephone: (954) 516-6000
E-mail: JMiller@SilverMillerLaw.com
Web site: www.SilverMillerLaw.com
[**PLEASE NOTE OUR NEW POSTAL ADDRESS AS OF MARCH 15, 2022.**]

Notice: This message, including any attachments, may contain legally privileged and confidential information. If you received this message in error, please notify us immediately by reply e-mail. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Silver Miller.