# EXHIBIT 3

16-May-2022 21:05 UTC  **Withdrawals lock removed** ███████

**Description:**

Removed 'withdraw-lock' flag.
Withdrawal lock lifted by Legal after 169,304.43 USDT segregated from account in compliance with revised Order. Remaining balance not in dispute. Contact Legal (████████) with any questions.

16-May-2022 21:05 UTC
**Withdrawal lock lifted by Legal after 169,304.43 USDT segregated from account in compliance with revised Order. Remaining balance not in dispute. Contact Legal (████████) with any questions.**
kraken-yemi

**Description:**

Withdrawal lock lifted by Legal after 169,304.43 USDT segregated from account in compliance with revised Order. Remaining balance not in dispute. Contact Legal (████████) with any questions.

23-Apr-2022 14:35 UTC  **Withdrawals locked** ███████

**Description:**

Added 'withdraw-lock' flag.
Withdrawals locked per Court Order. Do NOT release lock without written permission from Legal. Do NOT inform client about the lock. Contact ████████ with any questions.

23-Apr-2022 14:35 UTC
**Withdrawals locked per Court Order. Do NOT release lock without written permission from Legal. Do NOT inform client about the lock.**
████████ **with any questions.**

**Description:**

Withdrawals locked per Court Order. Do NOT release lock without written permission from Legal. Do NOT inform client about the lock. Contact ████████ with any questions.

18-Oct-2021 13:46 UTC  **Kraken ID: 1634561894081046251** ███████

**Flags:**

bad-funding-method

**Amount:**

499000.00

**Name:**

TRANS GALACTIC TRADING FZ

**Remote bic:**

MEBLAEADXXX

**Remote iban:**

AE680340003708398811002

**Subject:**

PURCHASE OF GOLD BARS AGAINST PERFO RMA INVOICE 13

**Description:**

Client Deposit Held by Bad Funding Method; Silvergate SWIFT International already active for the Client; used the wrong Funding Method as is not a not Fedwire. Credit and Advise Client no further Deposits will be accepted via this method. Please refer ticket #6548672

18-Oct-2021 13:46 UTC  **SAR D:ZUSD:1634561894081046251 Reviewed** ███████

**SAR updated:**

action = approved, slevel = 1, flags = -bad-funding-method

**Description:**

CONFIDENTIAL

Deposit released

---

28-Mar-2021 20:24 UTC  **Silvergate Bank SWIFT (International) Activated** ▮▮▮▮▮

**Description:**

Requested in Zendesk ticket 4881341

---

27-Mar-2021 10:17 UTC  **Verification tier update** ▮▮▮▮▮

**Description:**

Verification tier changed to 4
Withdraw limit set to fiat 0 / 0, crypto 0 / 0
Deposit limit set to fiat 0 / 0, crypto 0 / 0

---

27-Mar-2021 10:17 UTC  **Pro Manual Review** ▮▮▮▮▮

**IIBAN:**

AA84 N84G HPXZ BYZY

**ZD Ticket nr:**

4865673

**Tracking:**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Checked Website:**

http://www.tgtfz.com/products.html - functional and informative

**Checked Online Registry:**

https://lei.info/213800FU4QYRJK2FB967

**Services offered:**

import/export

**Source of Funds:**

business profits

**Industry/Occupation:**

Import & Export

**Entity Type:**

N/A

**Description:**

```
------AT-A-GLANCE STATUS------


1. Online Research and Account
OSR done, no bad news found

2. Document Check
████████████████████████████████████████

3. OFAC - 149617916

4. Items to request from client - none

========================================


--- Geographic Risk based documents ---
Incorporation/Registration Country:
Head Office Country:


--- Specialized Due Diligence ---
- none

--- Compliance Flags ---
Collect proof of source of funds.

========================================
Additional Due Diligence
```

We have attached the Bank statement and the bank Invoices as the proof of the address. Also attached is the Etihad Credit Bure au credit report confirming our address.

We also do a lot of proprietary trading and have capital invested in the financial market all the time. We deal with a reputed finan cial broker AARNA CAPITAL LIMITED, who is regulated by Abu Dhabi Global markets. We have attached our trading statements. You can see that the Net realization value as of 23rd March 2021 was more than USD 10M. Also attached is a Chartered account ant certificate acknowledging the amount.

```
Ticket:  4865673
IIBAN:   AA84 N84G HPXZ BYZY

Final Score:  89.5

--- ENTITY RISK FACTORS ---
Business formation type:  Sole trader/Sole Proprietorship      10
Industry/Occupation: Import & Export  50
Age of company: > than 3 years    10
Has a website:   Yes - Functional  10
Publicly-traded company: No
Company is owned by another corporate entity: No  0
Net worth:   > $500K and < $10M 20

--- PRODUCT RISK FACTORS ---
Expected monthly deposits (USD): >$500K USD and < $10M USD      20
Expected monthly withdrawals (USD):  >$500K USD and < $10M USD      20
Expected monthly trading activity (# trades):    <250 trades per month    10
Arbitrage trading:     No  0
Margin trading:  No  0
Maintain Bitcoin ATMs     No
Client is offering an ICO or STO:   No

--- GEOGRAPHIC RISK FACTORS ---
Country of Incorporation/Registration:  United Arab Emirates 35
Head office country:  United Arab Emirates 35
Banking country: United Arab Emirates 35
High risk Third Country or FATF high risk country:

--- WATCHLIST RISK ---
Watchlist Match: No  0
```

CONFIDENTIAL                                    BAXWARD_000004

Docs Link: ████████████████████

27-Mar-2021 10:04 UTC  **Manual OFAC Check** ▮▮▮▮▮▮▮▮▮

**Description:**

TRANS GALACTIC TRADING FZ. OKRYE YOU. The above entities have been screened for sanctions, negative news, and PEPs in RDC batch 149617916. No matches were found.