# EXHIBIT 4

## 🦑 #4865673 Regarding Your Kraken Business Account

| Submitted | Received via | Requester |
|---|---|---|
| March 25, 2021, 16:01 | Web Form | Kraken User <fpi@tgtfz.com> |

| Status | Type | Priority | Group | Assignee |
|---|---|---|---|---|
| Closed | - | Normal | Pro Verification | ▇▇▇▇▇▇▇ |

| Current ticket group | Closed by automation | NRT agent | NRT agent time | NRT time avg txt |
|---|---|---|---|---|
| 360005094712 | Yes | 71806,1386, | 1386 | 1386 |

| 1 reply | Pro Application Status | Total time spent (sec) | Time spent last update (sec) |
|---|---|---|---|
| Yes | Verified::Verified to Pro | 1438 | 11 |

| Ticket Language | Pro Lead Agent | Do Not Reassign Ticket | NRT time avg | 2 replies |
|---|---|---|---|---|
| English | josefina | Yes | 36596 | Yes |

| Client reply 1 | Agent created ticket | Pro Agent Working Status | Pro Sub-Group |
|---|---|---|---|
| Yes | Yes | Online | Pro Application::Business |

| PV Bot Checked | Invalid requester helper | Kraken Account Type (GS) |
|---|---|---|
| No | Yes | Pro |

---

▇▇▇▇▇▇▇    March 25, 2021, 16:01

Hello Okrye,

Thank you for applying for a business account with Pro limits. This is Zoe from the Client Engagement Team.

After carefully reviewing your application, we require additional documents to finalize the process for your business application:

1. A recent Proof of Business Operating Address document that contains the physical address of the company, and be dated less than 3 months from the date of submission. Examples include: a business bank statement, credit card statement, lease agreement, or utility bill.

2, Please provide **Proof of Source of Wealth** documentation that indicates the business name and address. The document should show an issue date within the last 90 days. This will help us gain insight regarding the source of the funds you plan to deposit at Kraken.

   Acceptable documents include:

   - **Business Bank Statements**
   - **Trust Documents,** or similar documentation
   - **Financial Agreements** or **Investment Records**
   - **Accountants Letter** stating assets
   - **Tax Statements or Annual Reports**

Kindly attach the documents with your response as a jpeg., png or pdf files.

Let us know if you have any questions. Looking forward to hearing from you.

Best,
Zoe
Client Engagement Team

---

▇▇▇▇▇▇▇    March 25, 2021, 16:01                                                            `Internal note`

CONFIDENTIAL                                                                        PAYWARD_000043    1/3

IIBAN: AA84 N84G HPXZ BYZY

**Kraken User**  March 26, 2021, 14:21

Dear Zoe,

Thanks for your email.
We have attached the Bank statement and the bank Invoices as the proof of the address. Also attached is the Etihad Credit Bureau credit report confirming our address.

We also do a lot of proprietary trading and have capital invested in the financial market all the time. We deal with a reputed financial broker AARNA CAPITAL LIMITED, who is regulated by Abu Dhabi Global markets. We have attached our trading statements. You can see that the Net realization value as of 23rd March 2021 was more than USD 10M. Also attached is a Chartered accountant certificate acknowledging the amount.

I hope this could be sufficient to prove our source of funds.

Many thanks,
Okrye
--------------------------------------
Trans Galactic Trading FZ
Floor# 6, Al Abbas Building 2,
Bur Dubai
Dubai, U.A.E

Ph: +971-527715544
Web: www.tgtfz.com (http://www.tgtfz.com/)
--------------------------------------

March 26, 2021, 14:21    Internal note

**Automated message**
**DO NOT click on any links sent by ticket requesters.**

March 27, 2021, 10:18

Greetings Okrye,

Thank you for your help during the application process. Your business account with Pro limits has been verified!

Your fiat deposit and withdrawal limits are now set to $10,000,000 USD daily and $100,000,000 USD monthly (or equivalent).

There are no limits on cryptocurrency deposits. Your daily crypto withdrawal limits are set to $10,000,000 USD daily, and your monthly crypto withdrawal limits are unlimited.

*Please let us know if you would like to request customized account limits, either higher or lower than the default limits.*

You may now begin transacting with your business bank account. For more information on fiat funding, please visit: How to deposit or withdraw fiat currencies. Please note that all first-time fiat deposits will result in a temporary 72 hour withdrawal lock on the account.

Additionally, if your company is registered in an eligible country you will now have access to Kraken Futures. This allows you to trade digital assets long and short with up to 50x leverage, to benefit from price swings or to hedge your price risk.

For more information, please see our Futures guide. If you are not currently eligible, please note that we hope to expand this service to all clients in the future.

Please feel free to contact us if you have any questions.

Thank you for choosing Kraken.

Best,
Zoe
Client Engagement Team

---

**Kraken User**   March 27, 2021, 10:25

Dear Zoe,

Thank you for your kind email.
Could you please also approve the funding channel through SILVERGATE bank. I use it for my personal account and it is great.
Will be highly appreciated, if you could help.

Many thanks,
Okrye
+971-527715544

---

   March 27, 2021, 10:48

You're welcome Okrye!

For Silvergate Funding activation, kindly visit this article which also includes the application form for funding:
https://support.kraken.com/hc/en-us/articles/360046545951-Silvergate-Bank-Funding-Provider

Thank you!

Best,
Zoe
Client Engagement Team

---

Support Software by **Zendesk**

3/3