# EXHIBIT 5

# ترانز جالاستيك تريدينج – منطقة حرة
# TRANS GALACTIC TRADING - FZ

TRN.NO.: 10033448580000 3, DUBAI

## TAX INVOICE
FIXED GOLD @ OZ1 1927.448

**To:**

| | |
|---|---|
| SHAMS GOLD TRADING FZE | |
| P2-HAMRIYAH BUSINESS CENTRE | |
| HAMRIYA FREE ZONE SHARJAH | |
| EMIRATES : SHARJAH | |
| E-MAIL : shamsgoldtradingfze@gmail.com | |
| TRN.NO.: 100622377800003 | |

| INVOICE No | TGT21-780-A |
|---|---|
| Date | 25/02/2022 |
| Credit days | 10 DAYS |
| Salesman | |
| Currency | USD-AED |
| Exchange Rate | 3.67300 |
| Source | |

| No | Description | Gross Wt Grams | Purity | Pure Wt Grams | Making Charges Rate/Gr. | Making Charges Amount | Gold Value Amount USD | Amount DHS |
|---|---|---|---|---|---|---|---|---|
| 1 | KILO BAR 995 | 8,500.00 | 0.9950 | 8,457.50 | | | 524,102.00 | 1,925,026.65 |
| | **TOTALS** | 8,500.00 | | 8,457.50 | - | - | 524,102.00 | 1,925,026.65 |

**VAT Summary**

| TAX | Net Amount | VAT | Gross Amount |
|---|---|---|---|
| VAT @ 0% | 524,102.00 | 0.00 | 524,102.00 |
| TOTALS | 524,102.00 | | 524,102.00 |

| VAT @ 0% | | 0.00% | (+) | 0.00 |
|---|---|---|---|---|
| **TOTAL AMOUNT DUE** | | USD | | 524,102.00 |

We have made the following entries in you account with us:

| CREDITED USD | 524,102.00 | DOLLAR U.S.D  Five Hundred Twenty-Four Thousand One Hundred Twos Only |
|---|---|---|
| CREDITED AED | 1,925,026.65 | DIRHAMS U.A.E  One Million Nine Hundred Twenty-Five Thousand Twenty-Six and Sixty-Five Fils only |

Remarks : *BEING SALE 8500 GRMS 995 @ 1927.448

Goods once sold will not be taken back or exchanged.
Confirmed for & on behalf of

SHAMS GOLD TRADING FZE

**CUSTOMER'S NAME & SINGATURE**

TRANS GALACTIC TRADING - FZ

**AUTHORISED SIGNATORY**

تليفون : ٣٢٥٢١٥٥ ٤ ٩٧١+ ، ص.ب : ٤٤٠٣٥ ، دبي - ا.ع.م.
Tel : +971 4 3252155,  P.O. Box: 44035, Dubai - U.A.E., Email : info@tgtfz.com, Website : www.tgtfz.com
Address : Office # 603,  6th Floor,  Al Jawhara Building, Bank Street, Bur Dubai,

ترانز جالاستيك تريدينج – منطقة حرة
# TRANS GALACTIC TRADING - FZ

## DELIVERY NOTE

**To :**

| | |
|---|---|
| SHAMS GOLD TRADING FZE | |
| P2-HAMRIYAH BUSINESS CENTRE | |
| HAMRIYA FREE ZONE SHARJAH | |
| EMIRATES : SHARJAH | |
| E-MAIL : shamsgoldtradingfze@gmail.com | |
| TRN.NO.: 100622377800003 | |

| DELIVERY NO. | TGT21-780-A |
|---|---|
| DATE | 25/02/2022 |
| TRN.NO | 100334485800003 |

| S.No. | ITEM DESCRIPTION | QUANTITY GRM. |
|---|---|---|
| 1 | GOLD KILO BARS<br>Purity 0.995<br>8500.00 GRMS | 8,500.00 |
| | **TOTAL** | **8,500.00** |

**NOTE:-**
NOTICE MUST BE GIVE TO US OF ANY ABOVE MENTIONED GOOD NOT RECEIVED AT SAME TIME YOU RECEIVE THIS DELIVERY & DELIVERY NOTE.
ANY DAMAGE OR SHORTAGE MUST BE NOTIFIED IMEDIATELY TO THE CONCERN PERSON.
NO GOODS MAY RETURED WITHOUT PRIOR AUTHORISATION FROM COMPANY.
**THANK YOU FOR YOUR BUSINESS!**
SHOULD YOU HAVE ANY ENQUIRIES CONCERNED THIS DELIVERY NOTE, PLEASE CONTACT +971-4 3252155



SHAMS GOLD TRADING FZE



TRANS GALACTIC TRADING - FZ

تليفون : ٣٢٥٢١٥٥ ٤ ٩٧١+ ، ص.ب : ٤٤٠٣٥ ، دبي - ا.ع.م.
Tel : +971 4 3252155,  P.O. Box: 44035, Dubai - U.A.E., Email : info@tgtfz.com, Website : www.tgtfz.com
Address : Office # 603,  6th Floor,  Al Jawhara Building, Bank Street, Bur Dubai.

ترانز جالاستيك تريدينج – منطقة حرة
# TRANS GALACTIC TRADING - FZ

Dated: 29.02.2022

### RECEIPT VOUCHER

**Mr. Santosh Kumar Ray**
**Shams Gold Trading Fze ,**
**P-2, Hamriyah Business Centre,**
**Hamriya Free Zone, Sharjah**

Dear Mr. Ray

This letter acknowledges that we have received the payment of USD 524,102 on 28.02.2022 in the form of Tether USD in our wallet for bill number. TGT21-780-A.

We have also included a screen short of the transaction for your perusal.



Yours Sincerely



**M/s Trans Galactic Trading FZ**

**Amit Aggarwal (Auth. Signatory)**



تليفون : ٣٢٥٢١٥٥ ٤ ٩٧١+،  ص.ب : ٤٤٠٣٥، دبي - ا.ع.م.
Tel : +971 4 3252155,  P.O. Box: 44035, Dubai - U.A.E., Email : info@tgtfz.com, Website : www.tgtfz.com
Address : Office # 603,  6th Floor,  Al Jawhara Building, Bank Street, Bur Dubai,

# PURCHASE INVOICE

(Duplicate)

**SHAMS GOLD TRADING FZE**
P2-Hamriyah Business Centre
Hamriyah Free Zone Sharjah
United Arab Emirates
Emirate : Sharjah
TRN : 100622377800003
E-Mail : shamsgoldtradingfze@gmail.com

**Consignee**

**SHAMS GOLD TRADING FZE**
P2-Hamriyah Business Centre
Hamriyah Free Zone Sharjah
United Arab Emirates
e-mail : shamsgoldtradingfze@gmail.com

**Invoice No.** 35
**Dated** 25-Feb-22

**Mode/Terms of Payment**

**Supplier's Ref.** TGT21-780-A  dt. 25-Feb-22
**Other Reference(s)**

**Terms of Delivery**

**Supplier**
**TRANS GALACTIC TRADING FZ**
OFFICE #603, 6TH FLOOR
AL JAWHARA BUILDING, BANK STREET
BUR DUBAI , DUBAI
P.O BOX. 44035
TEL: +97143252155
Emirate         : Dubai
Country         : UAE
TRN             : 100334485800003

| Sl No. | Description of Goods | Quantity Shipped | Quantity Billed | Rate | per | Disc. % | Amount | VAT % |
|---|---|---|---|---|---|---|---|---|
| 1 | **KILO BARS**<br>8500 GMS 995 | 8,457.5000 Gms | 8,457.5000 Gms | 61.97 $ | Gms | | 524,102.00 $ | 0 % |
| | Total | 8,457.5000 Gms | 8,457.5000 Gms | | | | 524,102.00 $ | |

**Amount Chargeable (in words)**
Five Hundred Twenty Four Thousand One Hundred Two
USD Only (524,102.00 $)

E. & O.E

| VAT % | Assesable Value |
|---|---|
| Zero Rated | 1,925,026.65 |
| Total | 1,925,026.65 |

Remarks:
PURCHASED 8500 GMS 995 @ 1927.448

for SHAMS GOLD TRADING FZE

Authorised Signatory