# EXHIBIT 6

| | |
|---|---|
| **From:** | Wincent Hung |
| **To:** | Jason Miller |
| **Cc:** | David Silver; Eric Rosenberg; Legal GB; Compliance GB |
| **Subject:** | Re: Astrove v. John Doe -- USDC - SD Fla. - Case No. 9:22-cv-80614-RAR |
| **Date:** | Wednesday, June 8, 2022 10:56:31 AM |
| **Attachments:** | drive-download-20220603T033652Z-001.zip |
| | 1346_98300 USDT.jpeg |
| | 1346_256821 USDT.jpeg |

Dear Mr. Miller,

I am in receipt of your e-mail dated June 1, 2022 enclosing a Subpoena Duces Tecum (the "Subpoena") in the above-referenced matter.

I object to the Subpoena as invalidly served. I am a Hong Kong individual with my primary place of residence in Hong Kong. Accordingly, your client is required to comply with international and Hong Kong protocols for service of process.

However, in the interest of cooperation and transparency, I would like to voluntarily provide information relating to the two cryptocurrency transactions referenced in Exhibit A to the Subpoena. Please see below and the attached documents.

As background, I am founder and executive director of Genesis Block HK, an over-the-counter cryptocurrency trading business with its primary place of business in Hong Kong. The cryptocurrency obtained in the two transactions identified by transaction IDs 0xf1042c89a7144abd5b7e6258cd99a749501d4f594f6f6e141700ad0dba64bc1f and 0x4d73ae585c5ef4f1e9584b50c9fcd656c6c323fecb25316d31193b923ee564b0 was from OTC trading transactions between Genesis Block HK and one of our clients.

Attached is the KYC information provided by this client to Genesis Block HK during the onboarding process, as well as screenshots of the payment records from the client to Genesis Block HK reflecting these two transactions. The client has reported his source of funds as earnings from his proprietorship of a shop in Hong Kong selling luxury watches.

Please kindly acknowledge receipt of this response and confirm that you are able to open the attached documents.

Please note that nothing in this response should be considered a waiver of my objection to the Subpoena as improperly served and my position continues to be that I have not been validly served.

Regards,
Hung Ka Ho
Executive Director, Genesis Block HK

cc: Genesis Block Legal; Genesis Block Compliance

On Wed, Jun 1, 2022 at 10:39 PM Jason Miller <jmiller@silvermillerlaw.com> wrote:

> Dear Sir:
>
> Attached hereto for your review and immediate attention is a letter of today's date that encloses a Subpoena Duces Tecum in the above-referenced matter.
>
> If you have any questions about the foregoing and/or wish to discuss the logistics of your production in response to the subpoena, please contact us, or have an attorney on your behalf contact us, to discuss.
>
> Thank you for your anticipated cooperation.
>
> Yours,
>
> -- JSM

/s/
Jason S. Miller, Esq.
SILVER MILLER
4450 NW 126th Avenue - Suite 101
Coral Springs, FL 33065-7604
Telephone: (954) 516-6000
E-mail: JMiller@SilverMillerLaw.com
Web site: www.SilverMillerLaw.com
[**PLEASE NOTE OUR NEW POSTAL ADDRESS AS OF MARCH 15, 2022.**]

Notice: This message, including any attachments, may contain legally privileged and confidential information. If you received this message in error, please notify us immediately by reply e-mail. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Silver Miller.

--
**Best regards,**

**Wincent Hung**
**CEO**



*Genesis Block Limited*
*1/F, 269 Hennessy Road, Wan Chai, Hong Kong SAR*

*M +852 9661 7270/ T +852 2649 4099*

*https://www.genesisblockhk.com*



