# EXHIBIT 7

 (https://genesisblockhk.com)



# A Leading Over The Counter (OTC) Trading Centre for Digital Assets

At Genesis Block, you can **trade Bitcoin, Ethereum, BNB,** and **hundreds of other Cryptocurrencies.**



| # | Name | Price | Changes 24h | Market CAP | |
|---|---|---|---|---|---|
| 1 | (KMA) CALAMARI NETWORK | $0.00232 | ↑ 7.04% | $3,681,877,785,372,433,408.00 | |
| 2 | (BTC) BITCOIN | $21,230.00 | ↓ -3.09% | $402,100,628,646.00 | $4 |
| 3 | (ETH) ETHEREUM | $1,118.10 | ↓ -4.50% | $134,420,264,205.00 | $2 |
| 4 | (USDT) TETHER | $1.001 | ↑ 0.23% | $70,920,342,123.00 | $6 |
| 5 | (USDC) USD COIN | $1.003 | ↑ 0.32% | $54,303,165,202.00 | $7 |
| 6 | (BNB) BNB | $213.10 | ↓ -2.89% | $34,543,689,448.00 | $1 |
| 7 | (BUSD) BINANCE USD | $1.007 | ↑ 0.73% | $17,432,870,917.00 | $6 |
| 8 | (ADA) CARDANO | $0.4808 | ↓ -1.52% | $16,192,329,408.00 | $1 |
| 9 | (XRP) XRP | $0.3122 | ↑ 0.47% | $14,964,992,316.00 | $1 |
| 10 | (SOL) SOLANA | $29.16 | ↑ 1.64% | $9,887,650,797.00 | $2 |

[View Bitcoin Price (https://genesisblockhk.com/bitcoin-price/)](https://genesisblockhk.com/bitcoin-price/)

Prices for reference only and may vary from Genesis Block's order books

# Hong Kong's Premier OTC Trading Centre

We are **Bitcoin and Cryptocurrency trading experts**.
We have decades of collective experience in the crypto space. With our head office based in Hong Kong, Genesis Block is proudly serving our community as the first stop for all things Bitcoin (https://bitcoin.org/bitcoin.pdf), Crypto, and Blockchain.





OTC Trading (https://genesisblockhk.com/otc/)



Learning (https://genesisblockhk.com/cryptoclassroom)



Event Space (https://genesisblockhk.com/events/)

Bitcoin White Paper (https://cta-service-cms2.hubspot.com/ctas/v2/public/

cef661b3d66c&hsutk=c6e6f5d8909db65726b12a1640530395&canon=

-9zh0Kp0jg3LJGxvts17W8

wFYXED8vLmoDn39CjE04qp1Y&__hstc=223445956.c6e6f5d8909db65726



## Supported Digital Assets

Genesis Block is here to help you **buy, sell, or learn anything cryptocurrency and blockchain**.
There are staple cryptos like Bitcoin, Ethereum, USDT, USDC, Litecoin, and Bitcoin Cash that we can easily help you transact. However, we can also help you acquire or sell most other digital assets upon request.










### In The Media

(https://genesisblockhk.com/in-the-media/)

(https://genesisblockhk.com/in-the-media/)

## How Can We Help You Today?

**We are experts at everything Bitcoin, Crypto, and Blockchain**.
We understand that many of the Crypto's concepts can be daunting. No need to fear, we are here to help.
Whether you are brand new to cryptos or a veteran, we are always happy to assist you in anyway we can.





(https://genesisblockhk.com/start-your-crypto-journey-here/)



### Industry Best Practices

We follow **industry best practices** in how we conduct business.

[Read More
(/industry-best-practice)](/industry-best-practice)



### Reliable Service

We provide **bespoke quality service** to all of our clients.

[Read More
(https://genesisblockhk.com/reliable-service/)](https://genesisblockhk.com/reliable-service/)

### Accessibility



Genesis Block aims to provide our services to **as many people as possible.**

[Read More (https://genesisblockhk.com/accessibility/)](https://genesisblockhk.com/accessibility/)



## Community

**Community** is one of our brand pillars. Whether offline or online we are growing a community that encourages and inspires people.

[Read More (https://genesisblockhk.com/community/)](https://genesisblockhk.com/community/)

# Get Started in a Few Minutes



Open an account



Meet your account manager





Buy & sell crypto



# Crypto Classroom

The Crypto Classroom provides educational content for beginners and veterans alike.

We spark discussions, educate, and engage people in the global Bitcoin and Crypto community in a way that resonates.

Learn
(https://genesisblockhk.com/cryptoclassroom/)

# Highlights

Trader Insights (/category/trader-insight/weekly)





(https://genesisblockhk.com/metexit-social-token-platform-rally-hires-facebook-crypto-executive/)

### Metexit! Social Token Platform Rally Hires Facebook Crypto Executive (https://genesisblockhk.com/metexit-social-token-platform-rally-hires-facebook-crypto-executive/)

Metexit! Facebook, now Meta, has seen an executive exodus with an executive at its cryptocurrency division leaving the company. Rob Collier, former head of consumer

Read More » (https://genesisblockhk.com/metexit-social-token-platform-rally-hires-facebook-crypto-executive/)

Crypto Classroom (https://genesisblockhk.com/learn/)



(https://genesisblockhk.com/the-rise-of-solana/)

### The Rise of Solana (https://genesisblockhk.com/the-rise-of-solana/)

Since the boom of the DeFi summer, scalability issues with the Ethereum Network have become a major pain point for most users. This has been

Read More » (https://genesisblockhk.com/the-rise-of-solana/)

### Service

About Us

OTC Trading

Fees

Event Space

How To Buy Bitcoin?

Bitcoin Price

Ledger Reseller

Community

Crypto Classroom

News

Events

Contact Us

Follow Genesis Block

In The Media

Support

FAQs

Terms of Use

Privacy Policy

Careers



Genesis Block,

1/F, 269 Hennessy Road,
Wan Chai, Hong Kong

Solo Building,
G/F, 41-43 Carnarvon Road
Tsim Sha Tsui, Hong Kong



(https://www.chainalysis.com/)

Excellent
4.7 out of 5



© 2013 – 2022 Genesis Block. All Rights Reserved.

