# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

## PLAINTIFF'S APPLICATION FOR PARTIAL RELIEF FROM
## JUNE 17, 2022 ORDER GRANTING PRELIMINARY INJUNCTION

Consistent with representations to the Court by counsel for Plaintiff ANDREW ASTROVE, an individual ("Plaintiff"), during the June 15, 2022 preliminary injunction hearing [ECF No. 23] that Plaintiff's counsel would address on an expedited basis any disputes related to either non-party cryptocurrency exchanges and/or individuals whose accounts are associated with the Preliminary Injunction thereafter entered by the Court (the "Order") [ECF No. 24], Plaintiff now comes to the Court to request partial relief from the Order to effectuate a settlement agreement between Plaintiff and non-party Trans Galactic Group - FZ ("Trans Galactic").

In furtherance of the relief requested herein, Plaintiff states as follows:

1. On April 22, 2022, the Court entered a Temporary Restraining Order against JOHN DOE freezing certain Destination Addresses (defined and identified in the TRO) to which cryptographic tracing had traced the path of the digital assets stolen from Plaintiff [ECF No. 4]. Subsequently, the Court modified/extended that Temporary Restraining Order on May 3, 2022 [ECF No. 12], May 17, 2022 [ECF No. 17], and on June 2, 2022 [ECF No. 21].

Civil Action No. 9:22-cv-80614-RAR

2. Among the Destination Addresses frozen by the Court's TRO was the following address at cryptocurrency exchange Kraken:

| EXCHANGE | DESTINATION ADDRESS | ASSET TYPE | ASSETS UNDER CLAIM (average confirmed with five separate tracing methodologies; in cryptocurrency unit) |
|---|---|---|---|
| Kraken | 57ae39494b91f947866b86d9655c0e7fdc093f14 | USDT | 169,304.42112 USDT |

3. After entry of the TRO, non-party Trans Galactic contacted undersigned counsel and requested to be relieved from the Order and any obligations or restrictions associated therewith.

4. Plaintiff's counsel has met with and conferred with counsel for Trans Galactic on numerous occasions. Counsel for Trans Galactic even attended the June 15, 2022 preliminary injunction hearing.

5. Following Plaintiff's and Trans Galactic's counsel's extensive good faith discussions, Trans Galactic has agreed to transfer to Plaintiff's undersigned counsel 84,652.21056 USDT of the Assets Under Claim that are currently frozen by the Order. Following Trans Galactic's transfer of the referenced assets, the remainder of the assets in the Destination Address can be unencumbered from the Order.

6. To effectuate the parties' agreement, Plaintiff -- with consent and cooperation of Trans Galactic -- hereby requests that the Court issue partial relief from the Order to allow Trans Galactic to transfer to Plaintiff's counsel 84,652.21056 USDT of the Assets Under Claim.

7. Upon undersigned counsel's receipt and clearance of the aforementioned transfer from Trans Galactic, counsel will make a supplemental application to the Court requesting that all existing encumbrances be lifted from the Destination Address.

Civil Action No. 9:22-cv-80614-RAR

8. The request set forth herein is made in good faith and is intended to effectuate a resolution related to any dispute over the parties' claims to ownership of the subject Assets Under Claim.

WHEREFORE, Plaintiff ANDREW ASTROVE, an individual, hereby respectfully requests the Court to amend the June 17, 2022 Order Granting Preliminary Injunction to allow non-party Trans Galactic Trading - FZ to transfer to Plaintiff's counsel 84,652.21056 USDT of the Assets Under Claim in Destination Address 57ae39494b91f947866b86d9655c0e7fdc093f14 at cryptocurrency exchange Kraken to effectuate the preliminary step in a resolution to the dispute between Plaintiff and Trans Galactic -- following the successful transfer of which, Plaintiff's counsel will make a supplemental application to the Court requesting that all existing encumbrances be lifted from the Destination Address.

Respectfully submitted,

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone:   (954) 516-6000

By: _[signature]_
DAVID C. SILVER
Florida Bar No. 572764
E-mail: DSilver@SilverMillerLaw.com
JASON S. MILLER
Florida Bar No. 072206
E-mail: JMiller@SilverMillerLaw.com

 - and -

ERIC F. ROSENBERG [*Pro Hac Vice* - DE 7]
E-mail: ERosenberg@SilverMillerLaw.com
**SILVER MILLER**
5400 Kenilworth Avenue
Riverdale, Maryland 20737
Telephone:   (240) 516-6000

*Counsel for Plaintiff Andrew Astrove*

Dated:   August 3, 2022

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101 • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com