# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S APPLICATION FOR PARTIAL RELIEF FROM JUNE 17, 2022 ORDER GRANTING PRELIMINARY INJUNCTION

**THIS MATTER** having been brought before the Court upon the motion filed by Plaintiff ANDREW ASTROVE, an individual ("Plaintiff"), for entry of an Order granting non-party Trans Galactic Group - FZ ("Trans Galactic") partial relief from the June 17, 2022 Order Granting Preliminary Injunction entered by the Court (the "Preliminary Injunction") [ECF No. 24]; and the Court having considered the moving papers and having been otherwise duly advised in the circumstances surrounding the motion; and for good cause shown; it is

**ORDERED AND ADJUDGED** as follows:

(1) Plaintiff's Application for Partial Relief from the Preliminary Injunction [DE _____ ] is hereby **GRANTED**.

(2) To effectuate the preliminary step in a resolution to the dispute between Plaintiff and Trans Galactic, the Preliminary Injunction is hereby modified to allow non-party Trans Galactic to transfer to Plaintiff's counsel 84,652.21056 USDT of the Assets Under Claim (*as that term is defined in the Preliminary Injunction*) in Destination Address 57ae39494b91f947866b86d9655c0e7fdc093f14 at cryptocurrency exchange Kraken (the "Destination Address").

Order Granting Plaintiff's Application for Partial Relief from
June 17, 2022 Order Granting Preliminary Injunction
Civil Action No. 9:22-cv-80614-RAR

(3) Following Plaintiff's counsel's receipt and clearance of the aforementioned transfer from Trans Galactic, Plaintiff's counsel will make a supplemental application to the Court requesting that all existing encumbrances be lifted from the Destination Address.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Florida, this ____ day of August 2022.

_____
HONORABLE RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc: all parties and counsel of record