UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80614-RAR

**ANDREW ASTROVE**,

    Plaintiff,

v.

**JOHN DOE**,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S APPLICATION FOR PARTIAL RELIEF FROM JUNE 17, 2022 ORDER GRANTING PRELIMINARY INJUNCTION**

**THIS CAUSE** comes before the Court on Plaintiff's Application for Partial Relief from June 17, 2022 Order Granting Preliminary Injunction. [ECF No. 31] ("Application"). The Court, having carefully reviewed Plaintiff's Application, the record, and being otherwise fully advised—and for good cause shown—it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Application for Partial Relief from the Preliminary Injunction [ECF No. 31] is hereby **GRANTED**.

2. To effectuate the preliminary step in a resolution to the dispute between Plaintiff and Trans Galactic, the Preliminary Injunction is hereby modified to allow non-party Trans Galactic to transfer to Plaintiff's counsel 84,652.21056 USDT of the Assets Under Claim (*as that term is defined in the Preliminary Injunction*) in Destination Address 57ae39494b91f947866b86d9655c0e7fdc093f14 at cryptocurrency exchange Kraken ("Destination Address").

3.  Following Plaintiff's counsel's receipt and clearance of the aforementioned transfer from Trans Galactic, Plaintiff's counsel will make a supplemental application to the Court requesting that all existing encumbrances be lifted from the Destination Address.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of August 2022.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**

cc: all parties and counsel of record