UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80614-RAR

**ANDREW ASTROVE**,

    Plaintiff,

v.

**JOHN DOE**,

    Defendant.
_____/

## SCHEDULING ORDER

On September 6, 2022, this Court held a Status Conference. [ECF No. 34]. Counsel for Plaintiff Andrew Astrove, an individual, provided updates to the Court on Plaintiff's efforts to recover Plaintiff's stolen funds. Counsel advised that a settlement has been reached with non-party Trans Galactic Group - FZ and that Plaintiff and Trans Galactic are working with one another in good faith to transfer certain cryptocurrency in Trans Galactic's possession back to Plaintiff.

Counsel also provided notice to the Court that in accordance with the Court's prior orders [ECF Nos. 14, 19], Plaintiff served notice on non-party Ka Ho Hung a/k/a Wincent Hung—who identified himself to Plaintiff's counsel as a cryptocurrency holder purportedly affected by the Order Granting Preliminary Injunction [ECF No. 24] and who is believed to be holding a portion of Plaintiff's stolen assets—for a Zoom teleconference deposition on Tuesday, August 23, 2022. Mr. Hung, via e-mail, acknowledged receipt of the deposition notice but chose not to attend the deposition and has chosen not to participate in this proceeding.

To that end, Plaintiff has requested that the Court set forth a schedule for Plaintiff to file a Turnover Motion giving Mr. Hung reasonable notice and the ability to object and/or participate in this proceeding. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

- **October 7, 2022**:  Deadline for Plaintiff to file a Motion for Turnover directed at the assets-at-issue presently held by Mr. Hung.

- **October 28, 2022**:  Deadline for any party, non-party, or accountholder affected by the Motion for Turnover to file any objection(s) to the Motion.

- **November 4, 2022**:  Deadline for Plaintiff to file any response(s) to the objection(s) to the Motion.

- **November 7, 2022**:  The Court will hold an evidentiary hearing on the Motion for Turnover via Zoom teleconference at **2:00 P.M. EST**. The Court will publish the Zoom login information at least 48 hours prior to the hearing.

Lastly, the Clerk of Court is directed to **CLOSE** this case for **administrative purposes only** while efforts to recover Plaintiff's stolen funds continue. The Court retains jurisdiction to enter all further orders deemed necessary and proper to effectuate the recovery of the cryptocurrency at issue.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 7th day of September 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc: all parties and counsel of record