# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MODIFIED APPLICATION FOR PARTIAL RELIEF FROM JUNE 17, 2022 ORDER GRANTING PRELIMINARY INJUNCTION

**THIS MATTER** having been brought before the Court upon the modified motion filed by Plaintiff ANDREW ASTROVE, an individual ("Plaintiff"), for entry of an Order granting non-party Trans Galactic Group - FZ ("Trans Galactic") partial relief from the June 17, 2022 Order Granting Preliminary Injunction entered by the Court (the "Preliminary Injunction") [ECF No. 24]; and the Court having considered the moving papers and having been otherwise duly advised in the circumstances surrounding the motion; and for good cause shown; it is

**ORDERED AND ADJUDGED** as follows:

(1)  Plaintiff's Modified Application for Partial Relief from the Preliminary Injunction [DE 24] is hereby **GRANTED**.

(2)  To effectuate certain relief previously granted by the Court modifying the Preliminary Injunction [DE 32], Trans Galactic is ordered to transfer to Plaintiff's counsel at destination wallet address \*\*\*A143[1] under Plaintiff's counsel's control the sum total of 84,652.21056

---

[1] The full address has been provided to Trans Galactic. For confidentiality and in accordance with this Court's CM/ECF Administrative Procedure 6A, only the last four digits of the destination wallet address are shown here.

Order Granting Plaintiff's Modified Application for Partial Relief from<br>
June 17, 2022 Order Granting Preliminary Injunction<br>
Civil Action No. 9:22-cv-80614-RAR

USDT of the Assets Under Claim (*as that term is defined in the Preliminary Injunction*) in Destination Address 57ae39494b91f947866b86d9655c0e7fdc093f14 at cryptocurrency exchange Kraken (the "Destination Address").

(3)   Following Plaintiff's counsel's receipt and clearance of the aforementioned transfer from Trans Galactic, all remaining and existing encumbrances imposed by the Preliminary Injunction are thereupon deemed lifted from the Destination Address.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Florida, this ____ day of September 2022.

_____
HONORABLE RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc: all parties and counsel of record