UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80614-RAR

**ANDREW ASTROVE, an individual,**

    Plaintiff,

v.

**JOHN DOE, an individual,**

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MODIFIED APPLICATION FOR PARTIAL RELIEF FROM JUNE 17, 2022 ORDER GRANTING PRELIMINARY INJUNCTION

**THIS MATTER** comes before the Court upon Plaintiff's Modified Application for Partial Relief from June 17, 2022 Order Granting Preliminary Injunction [ECF. No. 36] ("Motion"). The Motion seeks entry of an order granting non-party Trans Galactic Group - FZ further partial relief from the Court's Order Granting Preliminary Injunction, entered on June 17, 2022 [ECF No. 24] ("Preliminary Injunction"). The Court having carefully reviewed the Motion and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

    (1)    Plaintiff's Motion is **GRANTED**.

    (2)    To effectuate certain relief previously granted by the Court modifying the Preliminary Injunction, *see* [ECF No. 32], Trans Galactic is ordered to transfer to Plaintiff's counsel at destination wallet address ***A143[1] under Plaintiff's counsel's control the sum total of 84,652.21056 USDT of the Assets Under Claim (*as that term is defined in the Preliminary*

---

[1] The full address has been provided to Trans Galactic. For purposes of maintaining confidentiality and in accordance with this Court's CM/ECF Administrative Procedure 6A, only the last four digits of the destination wallet address are shown here.

*Injunction*) in Destination Address 57ae39494b91f947866b86d9655c0e7fdc093f14 at cryptocurrency exchange Kraken (the "Destination Address").

(3)   Following Plaintiff's counsel's receipt and clearance of the aforementioned transfer from Trans Galactic, all remaining and existing encumbrances imposed by the Preliminary Injunction are thereupon deemed lifted from the Destination Address.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 24th day of September, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc: all parties and counsel of record