# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

## AMENDED SCHEDULING ORDER

On September 6, 2022, this Court held a Status Conference [Docket Entry No. ("DE") 34]. Counsel for Plaintiff ANDREW ASTROVE, an individual ("Plaintiff"), provided updates to the Court on Plaintiff's efforts to recover Plaintiff's stolen funds.

Counsel advised that a settlement had been reached with non-party Trans Galactic Group - FZ ("Trans Galactic") and that Plaintiff and Trans Galactic are working with one another in good faith to transfer certain cryptocurrency in Trans Galactic's possession back to ASTROVE.

Counsel also provided notice to the Court that in accordance with the Court's prior orders [DE 14, 19], Plaintiff served notice on non-party Ka Ho Hung a/k/a Wincent Hung -- who identified himself to Plaintiff's counsel as a cryptocurrency holder purportedly affected by the Order Granting Preliminary Injunction [DE 24] and who is believed to be holding a portion of Plaintiff's stolen assets -- for a Zoom teleconference deposition on Tuesday, August 23, 2003. Mr. Hung, via e-mail, acknowledged receipt of the deposition notice but chose not to attend the deposition and has chosen not to participate in this proceeding. To that end, Plaintiff requested, and the Court hereby orders, the following <u>amended</u> schedule for Plaintiff to file a Turnover Motion giving Mr. Hung reasonable notice and the ability to object and/or participate in this proceeding.

Amended Scheduling Order
Civil Action No. 9:22-cv-80614-RAR

**ORDERED AND ADJUDGED** as follows:

- November 8, 2022:   Deadline for Plaintiff to file a Motion for Turnover directed at the assets-at-issue presently held by Mr. Hung.

- November 29, 2022:   Deadline for any party, non-party, or accountholder affected by the Motion for Turnover to file an objection(s) to the Motion.

- December 6, 2022:   Deadline for Plaintiff to file any response(s) to the objection(s) to the Motion.

- December 9, 2022:   The Court will hold an evidentiary hearing on the Motion for Turnover via Zoom teleconference.  The Court will publish the Zoom login information at least 48 hours prior to the hearing.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Florida, this ____ day of October 2022.

_____
HONORABLE RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc: all parties and counsel of record