**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cv-80614-RAR**

**ANDREW ASTROVE, an individual**,

    Plaintiff,

v.

**JOHN DOE, an individual**,

    Defendant.

_____/

**ORDER GRANTING MOTION TO EXTEND SCHEDULING ORDER**

**THIS CAUSE** comes before the Court on Plaintiff's Motion to Extend Scheduling Order Deadlines Regarding Motion for Asset Turnover from Non-Party [ECF No. 38] ("Motion"). On September 6, 2022, this Court held a Status Conference [ECF No. 34]. Counsel for Plaintiff provided updates to the Court on Plaintiff's efforts to recover his stolen funds. Counsel advised that a settlement had been reached with non-party Trans Galactic Group - FZ ("Trans Galactic") and that Plaintiff and Trans Galactic are working with one another in good faith to transfer certain cryptocurrency in Trans Galactic's possession back to Plaintiff.

Counsel also provided notice to the Court that in accordance with the Court's prior orders, [ECF Nos. 14, 19], Plaintiff served notice on non-party Ka Ho Hung a/k/a Wincent Hung—who identified himself to Plaintiff's counsel as a cryptocurrency holder purportedly affected by the Order Granting Preliminary Injunction [ECF No. 24] and who is believed to be holding a portion of Plaintiff's stolen assets—for a Zoom teleconference deposition on Tuesday, August 23, 2003. Mr. Hung, via e-mail, acknowledged receipt of the deposition notice but chose not to attend the deposition and has chosen not to participate in this proceeding.

To that end, Plaintiff's Motion requests an amended schedule for Plaintiff to file a Turnover Motion giving Mr. Hung reasonable notice and the ability to object and/or participate in this proceeding. The Court having carefully reviewed the Motion and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion is **GRANTED** follows:

- **November 8, 2022**: Deadline for Plaintiff to file a Motion for Turnover directed at the assets-at-issue presently held by Mr. Hung.

- **November 29, 2022**: Deadline for any party, non-party, or accountholder affected by the Motion for Turnover to file an objection(s) to the Motion.

- **December 6, 2022**: Deadline for Plaintiff to file any response(s) to the objection(s) to the Motion.

- **December 9, 2022**: The Court will hold an evidentiary hearing on the Motion for Turnover via Zoom teleconference at **1:00 PM**. The Court will publish the Zoom login information at least 48 hours prior to the hearing.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 5th day of October 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc: all parties and counsel of record