# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR STATUS CONFERENCE

**THIS MATTER** having been brought before the Court upon the motion filed by Plaintiff ANDREW ASTROVE, an individual ("Plaintiff"), for entry of an Order scheduling at the Court's earliest convenience on or after October 26, 2022 a Status Conference at which Plaintiff can address the Court and receive guidance on certain matters in dispute between Plaintiff and multiple non-parties affected by the June 17, 2022 Preliminary Injunction; and the Court having considered the moving papers and having been otherwise duly advised in the circumstances surrounding the motion; and for good cause shown; it is

    **ORDERED AND ADJUDGED** as follows:

    (1)    Plaintiff's Motion for Status Conference [DE ____ ] is hereby **GRANTED**.

    (2)    On _____, 2022, the Court shall conduct by Zoom videoconference a Status Conference at which the Court will address with Plaintiff's counsel and any other interested parties in attendance any claim of interest from a non-party whose property or business interests have been directly affected by the Preliminary Injunction. The Court will publish on the docket the Zoom login information at least forty-eight (48) hours prior to the Status Conference.

    **DONE and ORDERED** in Chambers in Fort Lauderdale, Florida, this ___ day of October 2022.

                                             _____
                                             HONORABLE RODOLFO A. RUIZ II
                                             UNITED STATES DISTRICT JUDGE

cc: all parties and counsel of record