UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80614-RAR

**ANDREW ASTROVE, an individual**,

    Plaintiff,

v.

**JOHN DOE, an individual**,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR STATUS CONFERENCE**

**THIS CAUSE** comes before the Court upon Plaintiff Andrew Astrove's Motion for a Status Conference, [ECF No. 40] ("Motion").  Plaintiff wishes to receive guidance from the Court on certain disputes between Plaintiff and multiple non-parties affected by the June 17, 2022 Preliminary Injunction [ECF No. 24].  The Court having reviewed the Motion and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

(1)  Plaintiff's Motion [ECF No. 40] is **GRANTED**.

(2)  On **October 27, 2022**, at **11:00 A.M. EST**, the Court shall conduct a Status Conference via Zoom, during which the Court will address with Plaintiff's counsel and any other interested parties in attendance any claim of interest from a non-party whose property or business interests have been directly affected by the Preliminary Injunction.  Parties are instructed to use the following link:

- ZoomGov Meeting
  https://www.zoomgov.com/j/1619666946?pwd=eld5c29zeldQRFFjUDhDQkx4Rzd3Zz09
  Meeting ID: 161 966 6946
  Passcode: 872384

**DONE and ORDERED** in Fort Lauderdale, Florida, this 19th day of October 2022.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**

cc: counsel of record