# WITES LAW FIRM

## MARC A. WITES

Marc A. Wites is a founding shareholder of The Wites Law Firm. He has over 25-years of trial and litigation experience, and has achieved great results for his clients.

Marc has obtained multi-million dollar jury verdicts and settlements in (1) personal injury and wrongful death actions (in cases such as auto and truck crashes, and sexual assault and molestation cases) and (2) industry changing class actions that have returned monies to class members and changed the way in which companies do business. He also has successfully prosecuted insurance claims on behalf of homeowners and commercial property owners, and recovered investment losses of individuals and families against brokerage firms, banks and investment advisors. These victories have been achieved in state and federal trial and appellate courts in Florida and throughout the country, as well as arbitration proceedings.

Marc is a graduate of The University of Florida College Law, where he served as a board member of The University of Florida Law Review and the Justice Thornal Campbell National Moot Court Board. Marc earned a Bachelor of Business Administration from The University of Michigan.

He is admitted to the Florida Bar, the United States District Courts for the Southern and Middle Districts of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court.

Marc was named as a Florida Super Lawyer in 2009-2022.  These honors were the result of voting by members of the Florida Bar.  He also is AV rated by Martindale-Hubbell.

Marc is the author of The Florida Litigation Guide (www.flalitguide.com), a well-known practice guide used by thousands of lawyers throughout Florida since 2001. The Guide contains a listing of the elements of popular common law causes of action, citations for the most recent state and federal court cases listing the elements of the actions and various defenses to the actions. Tens of thousands of lawyers, from virtually every major Florida law firm, as well as countless practitioners from medium and small firms, solo practitioners and government attorneys, as well as members of the judiciary, have relied on Marc's publication in Florida litigation matters.

In 2014, Marc issued the first editions of The New York Litigation Guide and The California Litigation Guide.

In 2007 Marc became the author of *Florida Causes of Action*, an annual treatise published by James Publishing. This publication provides a detailed analysis of Florida common law and statutory causes of action.

Marc authored *The Florida Civil Litigation Handbook: Actions, Defenses and Evidence and Rules*, which was published annually by Matthew Bender & Co., Inc. from 1997 through 2000.

# EXHIBIT "A"

Wites Law Firm
Marc A. Wites
Page 2 of 2

Marc also has published several articles, including *Reflections at 50 and 25 on the Practice of Law*, Daily Business Review, April 24, 2019, *Does Copying an In-House Lawyer on Corporate Correspondence Render It Privileged*, The Federal Lawyer, March 2014; *Do Equine Immunity Acts Provide a False Sense of Security,* The Chronicle of the Horse, Vol. LXI, Number 33, August 14, 1998; *Back in the Saddle Again: An Analysis of Florida's Equine Immunity Act*, Florida Bar Journal, Volume LXXI, Number 10, November 1997; and *The Franchisor as Predator: Encroachment and the Implied Covenant of Good Faith*, The University of Florida Journal of Law and Public Policy, Volume VII, Issue 2, Spring 1996.

Marc was born in Queens, New York, and raised in Coral Springs, Florida. He lives in Lighthouse Point with his wife, Jennifer, and sons, Asher and Leo.