

SILVERMILLERLAW.COM

4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Florida: (954) 516-6000
Maryland: (240) 516-6000
Washington, D.C.: (202) 852-6000

November \_\_\_\_, 2022

**VIA ELECTRONIC MAIL ONLY**
Marc A. Wites, Esq.
*Court-Appointed Receiver*
4400 N. Federal Highway
Lighthouse Point, Florida 33064
E-mail: MWites@WitesLaw.com

Re:   Andrew Astrove v. John Doe
      U.S. District Court - S.D. Florida - Case No. 9:22-cv-80614-RAR
      **\*\*CONTRACT FOR REPRESENTATION\*\***

Dear Mr. Wites:

Many thanks for the opportunity to represent you in your capacity as Receiver over certain cryptocurrency assets and accounts frozen by the Court's June 17, 2022 Order Granting Preliminary Injunction (the "Preliminary Injunction") [Docket Entry No. ("DE") 24] (the "Property"). The purpose of this letter is to memorialize the fee agreement between you and Silver Miller with respect to the above-referenced matter.

Although Silver Miller generally requires a fee retainer, a cost retainer, and receives compensation on either an hourly basis or on a contingency fee basis for the professional services it renders to its clients, those requirements are being waived in this instance. **Silver Miller is not requesting payment for the professional services it renders to you as Receiver, nor will Silver Miller seek reimbursement for any costs or expenses it incurs in connection with this representation.**

Moreover, although you ultimately shall control and decide whether to accept any proposed settlement made in connection with this representation, you agree neither to engage directly with the opponents or their representatives to settle or compromise the matter nor to make any settlement of the matter without prior knowledge of Silver Miller. All payments and recoveries received or recovered in connection with the Receivership shall be paid into the Silver Miller Trust Account or Silver Miller's commercial cryptocurrency account, and you agree that you shall immediately upon receipt remit to the Silver Miller Trust Account or commercial cryptocurrency account all total recovery value you may receive.

We have disclosed to you that Silver Miller serves as counsel to the plaintiff ("Plaintiff") in the above-referenced action. In the event the Receiver discovers any claims against Plaintiff in the action, the Receiver agrees that Silver Miller may represent the interest of both the Receiver and Plaintiff, without deeming such representation a conflict of interest. It is likewise represented by Silver Miller that Plaintiff also provided his waiver of any conflict of interest so that Silver Miller can assist you in recovering assets for the Receivership estate.

**EXHIBIT "B"**

Marc A. Wites, Esq.
*Receiver*
November ____, 2022
- Page 2 of 2 -

      Silver Miller or you may each terminate Silver Miller's representation at any time and for any reason by giving written notice of termination to the other party.

      This agreement shall be governed by and construed under the laws of the State of Florida, without regard to the conflicts of law thereto.

      Silver Miller is delighted to represent you. Silver Miller believes that the caliber of its clients is indicative of the quality of its services and reputation. Unless you advise Silver Miller otherwise, Silver Miller will deem itself free to disclose that you are a client of the firm. Silver Miller will not, of course, disclose any confidential information.

      We are not undertaking to represent you in connection with any other disputes you might have, including without limitation any disputes arising out of your professional services as Receiver.

      Please note that litigation, arbitration, and the settlement of disputes can have significant tax consequences. We do not render any form of tax advice. You should consult a tax professional throughout the entire process to assure that you have considered and adequately addressed all tax consequences.

      As we have previously informed you, the rules of litigation require that a party preserve evidence when litigation proceedings are contemplated. Accordingly, you should take all necessary steps to ensure that all evidence pertinent to this dispute, including without limitation e-mail and electronic documents and paper files of the entities in receivership, are preserved.

      I will gladly answer any questions you might have in connection with this matter. If the terms of this agreement are acceptable to you, please sign and date a copy of this letter and return that executed copy to Silver Miller for our records.

      Again, thank you for the opportunity to represent you. We look forward to working with you.

_____
Silver Miller
By: David C. Silver, Esq.

Date: _____

Accepted by:

_____
Marc A. Wites, Esq.
*Court-Appointed Receiver*

Date: _____

