


## FIRM RESUME

Silver Miller is a boutique of litigators and trial lawyers committed to representing aggrieved clients in business disputes including investment fraud and consumer class action cases. We accept nearly all of our cases on a contingency-fee basis; and for any such case in which we are not successful in obtaining a recovery, we do not get paid a fee. Through aggressive litigation strategies and critical analyses of the facts and law applicable to each case, we represent our clients' interests as if they were our own. Anything less is not acceptable to us, nor should it be acceptable to our clients.

We can proudly state that our lawyers have had many tremendous successes assisting clients recover funds and property wrongfully taken from them, including judgments and recoveries valued at more than $100 Million in the past five years alone. For our efforts, our attorneys have received accolades of the highest order in the legal profession. We've been featured in newspapers, in magazines, and on television; and we were honored by the *Daily Business Review*/American Lawyer Media with its Professional Excellence Award as having the Most Innovative Law Practice for our work in cryptocurrency litigation. In addition, our attorneys have been appointed by numerous federal courts to serve as Lead Counsel in class action lawsuits asserting claims of securities fraud and unregistered sale of securities in violation of state and federal securities laws, including:

- *Leidel v. Coinbase, Inc.* (U.S. Dist. Ct. - S.D. Fla.)
- *Grablis v. OneCoin Ltd., Ruja Ignatova, et al.* (U.S. Dist. Ct. - S.D.N.Y.)
- *Balestra v. Giga Watt, Inc., et al.* (U.S. Dist. Ct. - W.D. Wash.)
- *Leidel v. Project Investors, Inc. d/b/a Cryptsy* (U.S. Dist. Ct. – S.D. Fla.)
- *Fabian v. NANO f/k/a RaiBlocks, et al.* (U.S. Dist. Ct. – N.D. Cal.)
- *Wildes v. BitConnect International PLC, et al.* (U.S. Dist. Ct. – S.D. Fla.)

At Silver Miller, we strive to hold ourselves as attorneys turning misfortune around.

# EXHIBIT "C"

# FOUNDING PARTNERS

## David C. Silver, Esq.

David C. Silver is a founding Partner of Silver Miller and is focused exclusively on representing aggrieved investors and cryptocurrency users worldwide who seek to recover their financial losses.

David is a Martindale Hubbell Preeminent "AV"-rated attorney (generally recognized as the highest rating in the legal industry for general ethical standards and legal ability), and he tirelessly fights for his clients, having achieved victories totaling greater than $100 million in the last few years alone. For his efforts, David has been inducted into the Multi-Million Dollar Advocates Forum, an honor limited to attorneys who have won multimillion-dollar verdicts and settlements, which includes fewer than one percent of lawyers in the United States.

On behalf of the Federal Deposit Insurance Corporation (FDIC), David has led multiple investigations into wrongdoing by officers and directors of several closed financial institutions as well as investigations into D&O insurance carriers, attorneys, accountants/auditors, real estate appraisers, and brokerage professionals as they related to the downfall of certain closed financial institutions.

David is also recognized as one of the leading lawyers in America representing victims of crooked and abusive cryptocurrency exchanges and fraudsters acting under the guise of being blockchain technology start-up businesses, helping investors who have been exploited after investing in digital assets such as bitcoin, Ether, and multiple alternative cryptocurrencies. In 2015, David was named lead Class Counsel in the litigation against now-defunct cryptocurrency exchange Cryptsy, where he led the effort in recovering for the Court-certified class of Cryptsy customers settlements and judgments valued in excess of $100 million. With additional class/group action lawsuits against Coinbase, Kraken, BitConnect, and other cryptocurrency exchanges and alt-coin promoters, David continues his fight for individuals aggrieved by exploited members of the cryptocurrency community.

Along with being an active litigator in the cryptocurrency community, David is also very active in his own local community, as he has served as Vice-President on the Board of Directors of one of the largest housing communities in South Florida and on the Board of Directors of the Jewish Federation of Broward County as well as the Federation's National Young Leadership Cabinet.

### Professional Experience

David began his legal career at Wicker Smith O'Hara McCoy Graham & Ford, a large Florida-based law firm. In April 2004, David joined the international law firm of Patton Boggs LLP (now Squire Patton Boggs LLP) in Washington, D.C., where his practice as a trial lawyer involved all aspects of civil litigation, including noteworthy pro bono work. In 2010, David left Patton Boggs LLP and returned to Florida. He was a Partner at Blum & Silver, LLP and Silver Law Group until he and Jason Miller founded Silver Miller.

### Bar Admissions

Florida, 2002; District of Columbia, 2004; U.S. District Court - M.D. Florida, 2004; U.S. Dist. Ct. - E.D. Michigan, 2008; U.S. Dist. Ct. - District of Columbia, 2008; U.S. Dist. Ct. - S.D. Florida, 2012; U.S. Dist. Ct. - District of Colorado, 2012; U.S. Dist. Ct. - E.D. Texas, 2014; U.S. Court of Appeals - Eleventh Circuit, 2017; U.S. Dist. Ct. - N.D. Texas, 2018.

### Education

David Silver attended the University of Michigan for his undergraduate studies and the University of Miami School of Law for his juris doctorate.



## Jason S. Miller, Esq.

Jason S. Miller is a founding Partner of Silver Miller and concentrates his practice on representing victims of financial fraud and digital currency users who seek to recover their financial losses. Jason -- who has received a Martindale Hubbell Preeminent "AV" rating (generally recognized as the highest rating given in the legal industry for general ethical standards and legal ability) -- is an accomplished writer and has spent more than two decades putting on paper the words that persuasively, powerfully, and entertainingly advocate his clients' positions; and his legal prose has helped successfully resolve many cases at an early stage of litigation.

Over his 25+ year legal career, Jason has worked on commercial and financial fraud matters representing aggrieved clients ranging from individuals to large, multinational corporations in many different forums (state court, federal court, trial and appellate levels, arbitrations/mediations, etc.). Jason has also represented several high-profile sports figures, sporting goods manufacturers, and professional athletes in a variety of legal matters during his career. Using creativity, keen analytical skills, and a thorough attention to the details of each case and the needs of each client, Jason has successfully litigated hundreds of commercial disputes to his clients' satisfaction.

Among the more notable victories Jason has helped garner for his clients are a landmark ruling in Florida concerning Florida's Deceptive and Unfair Trade Practices Act, large judgments against wayward cryptocurrency exchanges Bitcoin Savings and Trust and Cryptsy, and enforcement of a $1.4 million judgment against a debtor who sought to evade its debt through a fraudulent transfer. In addition, Jason has served as outside counsel to the Federal Deposit Insurance Corporation (FDIC), conducting multiple investigations into wrongdoing by officers and directors, attorneys, accountants/auditors, and real estate appraisers as they related to the downfall of certain closed financial institutions.

### Professional Experience

Upon graduating from law school, Jason worked for The Honorable Robbie M. Barr in Miami, FL. Following his employment with Judge Barr, Jason worked for a series of highly regarded law firms in Miami, focusing his practice at each firm on complex commercial litigation. Early in his career, Jason spent several years working with a team of attorneys representing the Successor Trustee of Southeast Banking Corporation -- sister entity to Southeast Bank, N.A., the largest bank in the State of Florida at the time of its demise in 1991 -- in liquidating the bank's assets and administering the claims being prosecuted by the bank's estate against the bank's former directors and officers, accountants, and law firms. Ultimately, more than $470 Million was recovered and distributed to the bank's creditors, which covered 100 percent of the creditors' claims plus $63 Million in post-petition interest. In 2011, Jason became a Partner at Silver Law Group, where he worked until he and David Silver founded Silver Miller continuing their mission to turn around financial fraud victims' misfortune.

### Bar Admissions

Florida Bar, 1995; United States Court of Appeals - Eleventh Circuit, 1998; U.S. District Court - Southern District of Florida, 1998; U.S. District Court - Northern District of Florida, 1998; U.S. District Court - Middle District of Florida, 2003.

### Education

Jason Miller attended Emory University for his undergraduate studies and the University of Miami School of Law for his juris doctorate.

- 3 -



# OF COUNSEL

## Eric F. Rosenberg, Esq.

Eric F. Rosenberg is a well-renowned trial attorney in the Washington D.C./Maryland area who has an eidetic memory and a fantastic ability to break down the most complex legal matters and explain them in simple, concise terms for judges and juries alike. Eric — who has received a Martindale Hubbell Preeminent "AV" rating (generally recognized as the highest rating given in the legal industry for general ethical standards and legal ability) and has frequently been cited as a Maryland Super Lawyer has conducted nearly 2,000 trials before juries and the district court. In his decades of civil litigation, Eric has recovered over $100 million for his clients, including several dozen multimillion-dollar verdicts and settlements.

Eric began his legal career as a law clerk in both the District and Circuit Courts for Prince George's County, Maryland.  He then worked briefly for a large law firm in Prince George's County before he left to start his own practice in the Washington D.C./Maryland area.

In the last several years, Eric has proven himself to be one of the top cryptocurrency lawyers in the country. With his knowledge of blockchain, smart contracts, and exchange architecture, Eric is in a unique position to litigate matters in federal court and arbitration. He has provided counsel to individuals and exchanges on AML, KYC, security issues and Terms of Service as cryptocurrency has evolved.

In addition to his successes in the courtroom, Eric has represented many high net worth individuals in complex business transactions and negotiations, and he is a well-known voice on the Washington D.C./Maryland legal speaking circuit. He has appeared as a guest commentator on numerous television news programs, and he is often quoted in the *Washington Post*.

Eric was the 2019 Maryland Trial Lawyer of the Year.  Over the past 15+ years, he has annually been selected as a SuperLawyer and is a previous recipient of the Pro Bono Lawyer of the Year award in Prince George's County, Maryland.  Eric has spoken at the American Academy of Psychiatry and the Law, Maryland Continuing Legal Education for Practicing Lawyers, and the Maryland Association for Justice. He is a member of the American Association for Justice, the Prince George's County Bar Association, the District of Columbia Bar Association, and is an Eagle Donor for MAJ.

In his personal life, Eric is an active athlete and has spent each of the past 26 summers traveling to and through Alaska.

### Bar Admissions

State of Maryland, 1993; U.S. District Court - District of Maryland, 1994; District of Columbia, 1995; U.S. Dist. Ct. - District of Columbia, 2012.

### Education

Eric Rosenberg attended Emory University for his undergraduate studies, where he graduated with High Honors.  He then attended The National Law Center of the George Washington University, where he obtained his juris doctorate with Highest Honors.



## UNIQUE PRACTICE AREA – CRYPTOCURRENCY LITIGATION

Silver Miller is at the forefront of this cutting-edge field of law, having represented hundreds of cryptocurrency users deceived and abused by cryptocurrency exchange operators and blockchain start-ups in a variety of legal disputes. We have prosecuted individual and class action claims against Bitcoin Savings and Trust, Cryptsy, Coinbase, Kraken, and other leading cryptocurrency exchanges; and for our clients, we have achieved historic results. **In recent years, we were honored by the *Daily Business Review*/American Lawyer Media with its Professional Excellence Award as having the Most Innovative Law Practice for our work in cryptocurrency litigation.**

Cryptocurrency -- such as bitcoin, Ether, and Litecoin -- is a digital, virtual form of currency that may be traded on online exchanges for conventional currencies, including the U.S. Dollar, or used to purchase goods and services online. The popularity and acceptance of cryptocurrency has increased dramatically since its introduction about a decade ago; however, because cryptocurrency has no single administrator or central authority or repository, its volatility and lack of external regulation and oversight has left many of its users in perilous situations fraught with fraud and abuse.

When Bitcoin Savings and Trust and its founder/operator, Trendon Shavers, were found to have operated a Ponzi scheme that lured in unsuspecting cryptocurrency users, we prosecuted claims on behalf of some of those victims. Within months of commencing our action, we had secured a judgment against Bitcoin Savings and Trust and Mr. Shavers that exceeded $11.2 Million.

Likewise, when Cryptsy -- the largest U.S.-based cryptocurrency exchange at the time -- abruptly shuttered its operations in early-2016 and its founder, Paul Vernon, fled to China with approximately $8.2 Million in cryptocurrency stolen from Cryptsy customers, we prosecuted claims on behalf of the victimized customers of the exchange. Through our efforts, we were able to secure against Cryptsy, Mr. Vernon, and those that aided and abetted their theft, judgments and settlements exceeding $10 Million. In addition, we obtained a first-of-its-kind ruling in which a federal judge ordered that 11,325 Bitcoin stolen from Cryptsy users -- assets valued as high as $700 Million+ -- be returned to those users as a matter of law.

Silver Miller is currently prosecuting and/or has prosecuted class action or individual claims against Coinbase, Kraken, Poloniex, and Bittrex -- several of the largest cryptocurrency exchanges used by investors in the United States -- and Initial Coin Offering (ICO) promoters such as BitConnect, Monkey Capital, Giga Watt, Coin Signals, and Atonomi as well to help cryptocurrency users whose assets and trust have been wrongfully taken from them. Exchanges which act with self-bestowed impunity must be held in check to ensure the transparency, reliability, and accountability required to protect the cryptocurrency industry and investors alike. Similarly, unregistered and fraudulently-offered securities are a serious threat to investors; and we fight tirelessly to protect investors harmed by such dangerous offerings.

In addition, Silver Miller has been called the leading law firm in America representing cryptocurrency holders victimized by "SIM swapping" -- a quickly-growing form of identity theft in which cellular telephone subscribers have their phone accounts, and subsequently their digital assets and identities, stolen from them through assistance provided to hackers by insiders at cellular service carriers. Having prosecuted and successfully resolved against AT&T, T-Mobile, Sprint, and Verizon millions of dollars of claims for SIM swap victims, Silver Miller continues to be a preeminent voice on behalf of aggrieved cryptocurrency users in all realms in which they suffer harm.

## REPRESENTATIVE MATTERS – CRYPTOCURRENCY RELATED

*Liquid Bits v. Bitcoin Savings and Trust and Trendon Shavers*
U.S. Dist. Ct. - Southern District of Florida - Case No. 1:14-cv-22869-JAL
- Obtained $11,264,457.00 Final Judgment for investors in one of the earliest bitcoin Ponzi schemes.

*Leidel, et al. v. Project Investors, Inc. d/b/a Cryptsy, et al.*
U.S. Dist. Ct. - Southern District of Florida - Case No. 9:16-cv-80060-KAM
- Successfully represented class of victims against Florida-based cryptocurrency exchange, its founder/CEO, and related parties responsible for fraud and theft of $8,300,000.00+ of stolen Bitcoin.
- **On August 25, 2016, U.S. District Judge Kenneth A. Marra appointed David Silver to serve as Co-Lead Counsel in the class action lawsuit.**
- Received nearly $10 Million judgment.
- Our attorneys also obtained in this case a historic ruling in which the Court ordered the judgment debtor to return to the victims over 11,300 bitcoin -- presently valued at over $635 Million.

*Bonow v. Project Investors, Inc. d/b/a Cryptsy and Paul Vernon*
Palm Beach County [FL] Circuit Court - Case No. 2014-CA-012896 Division AG
- Negotiated favorable resolution for client in lawsuit against Florida-based cryptocurrency exchange and its founder/CEO alleging securities fraud, deceptive and unfair trade practices, and theft of personal property.

*Leidel, et al. v. Coinbase, Inc.*
U.S. Dist. Ct. - Southern District of Florida - Case No. 9:16-cv-81992
- Successfully represented class of victims against U.S.-based cryptocurrency exchange alleging that the exchange's lack of security, Anti-Money-Laundering, and Know Your Customer (AML/KYC) protocols facilitated laundering of $8,300,000.00+ of bitcoin stolen from class.
- **On December 12, 2019, U.S. District Judge Kenneth A. Marra appointed David Silver to serve as Co-Lead Counsel in the class action lawsuit.**
- Obtained nearly $1,000,000.00 recovery for class.

*Wildes, et al. v. BitConnect International PLC, et al.*
U.S. Dist. Ct. - Southern District of Florida - Case No. 9-18-cv-80086-DMM
- Pending litigation against U.K.-based cryptocurrency exchange with extensive worldwide presence, including United States.
- **On June 20, 2018, U.S. District Judge Donald M. Middlebrooks appointed Silver Miller to serve as Co-Lead Counsel in the consolidated class action lawsuit.**
- Representing class of victims in $2.5 Billion Ponzi scheme alleging securities fraud, unregistered sale of securities, conversion, and civil conspiracy between exchange and its army of social media promoters.

*[Confidential] v. Payward, Inc. d/b/a Kraken*
JAMS Arbitration
- Successfully represented worldwide group of claimants against U.S.-based cryptocurrency exchange, with claims alleging falsely-advertised services, inherently-faulty trading platform, and inadequate security measures cost claimants losses exceeding $50 Million.



*Hodges, et al. v. Monkey Capital, LLC, et al.*
U.S. Dist. Ct. - Southern District of Florida - Case No. 9:17-cv-81370-DMM
- Successfully represented investors against Initial Coin Offering (ICO) promoter and its principal.
- Obtained $1,169,712.95 Final Judgment for investors alleging misleading sale of pre-functional, proprietary cryptocurrency tokens constituted securities fraud and unregistered sale of securities.

*Stormsmedia LLC v. Giga Watt, Inc.*
U.S. Dist. Ct. - Eastern District of Washington - Case No. 2:17-cv-00438
- Negotiated confidential resolution of litigation against U.S.-based Initial Coin Offering (ICO) promoter soliciting investments in cryptocurrency mining farm.
- Represented million-dollar investor alleging misleading sale of pre-functional, proprietary cryptocurrency tokens constituted unregistered sale of securities.

*Brola, et al. v. Nano f/k/a RaiBlocks, et al.*
U.S. Dist. Ct. - Eastern District of New York - Case No. 1:18-cv-02049-NG-RML
- Negotiated confidential resolution of litigation against U.S.-based blockchain developer and cryptocurrency issuer Nano f/k/a RaiBlocks as well as key members of its core team.

*Lagemann, et al. v. Spence, et al.*
U.S. Dist. Ct. - Southern District of New York - Case No. 1:18-cv-12218-GBD
- Successfully represented investors against promoters and proprietors of Ponzi investment scheme based around sham entity (Coin Signals) and fraudulent cryptocurrency hedge funds.
- Swiftly obtained Temporary Restraining Order and Preliminary Injunction freezing defendants' assets and preserving funding sources for resolution of dispute.
- Obtained $3,673,931.43 Final Judgment for investors alleging false and intentionally misleading representations about cryptocurrency investment programs and fraudulently-presented account balances.

*Balestra, et al. v. Giga Watt, Inc., et al.*
U.S. Dist. Ct. - Eastern District of Washington - Case No. 2:18-cv-00103-SMJ
- $30 Million class action lawsuit against U.S.-based cryptocurrency mining operation based in East Wenatchee, Washington and Initial Coin Offering (ICO) promoter/seller offering self-created cryptocurrencies and mining equipment.
- **On June 28, 2018, U.S. District Judge Salvador Mendoza, Jr. appointed Silver Miller to serve as Co-Lead Counsel in the consolidated class action lawsuit.**
- Representing class of victims alleging false representations about mining facilities and unregistered sale of securities.

*Grablis, et al. v. OneCoin Ltd., Ruja Ignatova, Konstantin Ignatov, et al.*
U.S. Dist. Ct. - Southern District of New York - Case No. 1:19-cv-04074-VEC
- $4 Billion class action lawsuit against foreign-based cryptocurrency issuer, as well as its principals, for offering/selling allegedly fictitious self-created cryptocurrencies and cryptocurrency mining opportunities.
- **On July 11, 2019, U.S. District Judge Valerie E. Caproni appointed Silver Miller to serve as Co-Lead Counsel in the class action lawsuit.**

- Representing class of victims in Ponzi scheme alleging securities fraud, unregistered sale of securities, conversion, and civil conspiracy between the company, its principals/promoters, and hired attorney in money laundering scheme.

*Fabian, et al. v. Nano f/k/a RaiBlocks, et al.*
U.S. Dist. Ct. - Northern District of California - Case No. 4:19-cv-00054-YGR

- $170 million class action lawsuit against U.S.-based blockchain developer and cryptocurrency issuer Nano f/k/a RaiBlocks, Italian cryptocurrency exchange BitGrail, and key members of each entity's core team.
- **On April 10, 2019, U.S. District Judge Yvonne Gonzalez Rogers appointed Silver Miller to serve as Co-Lead Counsel in the class action lawsuit.**
- Representing class of victims alleging unregistered offer and sale of securities (XRB) and negligence in ushering XRB investors to open accounts and stake their assets at small, seemingly-challenged Italian cryptocurrency exchange BitGrail, where $170 million of XRB were declared "missing" in February 2018.
- Lawsuit pleads for unique equitable relief in requesting that the Court order Nano to "rescue fork" allegedly missing XRB into a new cryptocurrency in a manner that would fairly compensate class of victims.

*Chin Se Kim, et al. v. David Saffron, David L. Kagel, Kagel Law, P.C., et al.*
State of California - County of Los Angeles - Superior Court Case No. BC 708601

- Successfully represented investors duped out of $400,000.00 in fraudulent purported high-yield, low risk cryptocurrency investment program.
- Lawsuit asserted against promoters, investment planner, and attorney/law firm operating financial scheme.

*Invictus Hyperion v. Gamedex Limited, et al.*
U.S. Dist. Ct. - District of Maryland - Case No. 8:19-cv-02489-GJH

- Negotiated confidential resolution of litigation against U.S.-based blockchain developer and cryptocurrency issuer Gamedex as well as key members of its core development team.

*Clemens v. ULedger, Inc., et al.*
U.S. Dist. Ct. - Central District of California - Case No. 2:19-cv-07834-GW-JEM

- Negotiated confidential resolution of litigation against U.S.-based blockchain developer and cryptocurrency issuer ULedger, Inc. as well as key members of its core development and promotional team.

*[Confidential] v. AT&T*
American Arbitration Association

- Lawsuits against cellphone service provider who permitted unauthorized transfer of accountholders' SIM card and private, confidential financial information to third party.
- Representing AT&T accountholders from whom $10,000,000.00+ worth of cryptocurrency and other personal assets were stolen.



*[Confidential] v. T-Mobile*
American Arbitration Association
- Negotiated confidential resolution of lawsuits against cellphone service provider who permitted unauthorized transfer of accountholders' SIM card and private, confidential financial information to third party.
- Representing T-Mobile accountholders from whom $4,000,000.00+ worth of cryptocurrency and other personal assets were stolen.

*[Confidential] v. Verizon*
American Arbitration Association
- Lawsuits against cellphone service provider who permitted unauthorized transfer of accountholder's SIM card and private, confidential financial information to third party.
- Representing Verizon accountholder from whom $1,000,000.00+ worth of cryptocurrency and other personal assets were stolen.

# REPRESENTATIVE MATTERS --
# COMMERCIAL LITIGATION AND INVESTMENT FRAUD

*In re : Certified, Inc., Global Bullion Trading Group, Inc., and WJS Funding, Inc.*
U.S. Bankruptcy Court - Southern District of Florida -- Adversary Proceeding No. 11-02725-RAM
- Obtained a favorable settlement for clients caught in precious metals Ponzi scheme that ultimately caused over $44 Million in damage.
- Appointed as Special Litigation Counsel to Chapter 7 Trustee for the jointly-administered bankruptcy estates of three defunct South Florida brokerage companies.

*TANDI Partners LLC v. CRL Management LLC, et al.*
U.S. Dist. Ct. - Southern District of Florida -- Case No. 1:13-cv-23900-KMM
- Obtained a favorable settlement for a U.S.-based investor on a $14 Million claim against investment advisory firm and its principals in lawsuit alleging fraud, breach of fiduciary duty, and misrepresentation.

*Bounty Gain Enterprises, Inc. v. John Textor, et al.* (St. Lucie County [FL] Circuit Court - Case No. 56-2014-CA-002037) and *Bounty Gain Enterprises, Inc. v. UBS Financial Services, Inc.* (U.S. Dist. Ct. - Southern District of Florida -- Case No. 9:14-cv-81603-KAM)
- Negotiated favorable resolutions for Hong Kong-based $5,000,000.00 investor in failed multi-media/special effects company.
- Claims of securities fraud, gross negligence, and conspiracy to defraud were alleged against company's principals and related professional firms.
- Claims of professional negligence were separately alleged against brokerage firm and Registered Representative tasked with handling post-investment liquidation of investment.

*Bates v. WorldPMX, Inc.; Investment Quality Diamonds, Inc.; Sean McCabe; AmeriFirst Trading, Inc.; C. Leo Smith; and Worth Group, Inc.*
U.S. Dist. Ct. - Southern District of Florida -- Case No: 13-cv-61138-ZLOCH
- Obtained $2.5 Million judgment for husband-and-wife investors defrauded in precious metals scam.

*Burt v. Key Trading LLC, et al.*
U.S. Dist. Ct. - District of New Jersey -- Case No. 2:12-cv-06333-KM-MCA
- Obtained nearly $2,000,000.00 Final Judgment for two-time Super Bowl winner James ("Jim") Burt against several individuals, and their corporate entity, who had misappropriated former football star's $1,800,000.00 investment.
- After having obtained the judgment in the full amount of our client's loss, our attorneys secured an injunction freezing assets of one of the defendants in an effort to avoid dissipation of those assets before the Final Judgment could be satisfied.

*Van Leer v. Invictus Asset Management, et al.*
U.S. Dist. Ct. - District of New Jersey -- Case No. 2:15-cv-01878-MCA
- Negotiated favorable resolution for clients in $2 Million claim against investment advisory firm and its principals alleging breach of contract, fraud, and misrepresentation.

*Smigiel Foundation to Benefit Children and Families, Inc. v. TradeDesk Capital LLC, et al.*
U.S. Dist. Ct. - Southern District of Florida -- Case No. 9:13-cv-81273-WPD/SNOW
- Negotiated favorable resolution for not-for-profit corporation in lawsuit against investment advisory firm and its principals alleging breach of contract, fraud, and misrepresentation.

*Valbuena v. Ballesteros*
U.S. Dist. Ct. - Southern District of Florida - Case No. 1:17-cv-24297-KMW
- Negotiated confidential resolution of lawsuit against vacation package marketer for unwarranted and unexplained financial exploitation of business partner.
- Represented purchaser of/investor in vacation package marketing business alleging fraudulent inducement, breach of duty of good faith, and material misrepresentations of both business valuation and contractual remuneration obligations.

*Bair v. Christensen Design Group and John Christensen*
Palm Beach County [FL] Circuit Court - Case No. 50-2019-CA-012565
- Successfully represented consumer in dispute with vendor, alleging claims of Deceptive and Unfair Trade Practices, fraudulent inducement, civil theft, and breach of contract.
- Obtained $370,000+ judgment.

*[Confidential] v. SunTrust Investment Services, Inc., et al.*
FINRA Arbitration - Case No. 20-00420
- Negotiated confidential resolution of lawsuit against investment advisor and brokerage firm.
- Claims of gross negligence, breach of fiduciary duty, and negligent supervision arising from abuse of client trust and self-dealing by investment advisor.

*Bacher, et al. v. KIG, LLC; KIG II, LLC; Stephen H. Oppenheimer; and Kevin G. Oppenheimer*
Broward County [FL] Circuit Court - Case No. CACE 17-018422
- Lawsuit against unlicensed investment fund operated by South Florida-based father and son.
- Representing investors alleging financial fraud, misrepresentation of investment funds, operation of unlicensed investment fund, and breach of fiduciary duty.

*McCaigue v. Doench Wealth Management, LLC, et al.*
U.S. Dist. Ct. - Southern District of Florida - Case No. 0:20-cv-61321-WPD
- Lawsuit against investment advisor and brokerage firm.
- Representing investor alleging negligence and breach of fiduciary duty, which caused investor approximately $200,000.00 in damages.