# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

## PLAINTIFF'S MOTION TO CONVERT DECEMBER 9, 2022 EVIDENTIARY HEARING TO STATUS CONFERENCE

Plaintiff ANDREW ASTROVE, an individual ("Plaintiff"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7 as well as Local Rule 7.1, hereby respectfully requests that the Court convert to a Status Conference the December 9, 2022 evidentiary hearing presently scheduled before the Court.

In support of his request, Plaintiff states as follows:

1. Plaintiff is a Florida resident who lost approximately One Million Four Hundred Thousand Dollars ($1,400,000.00) worth of cryptocurrency in a sophisticated online investment scheme perpetrated by Defendant JOHN DOE, an individual.[1]

2. On June 17, 2022, the Court entered a Preliminary Injunction [DE 24] freezing certain Destination Addresses to which cryptographic tracing had traced the path of the digital assets stolen from Plaintiff (the "Property").

3. As undersigned counsel has previously reported to the Court, counsel has identified and communicated in good faith with several non-parties directly affected by the Court's freeze of the

---

[1] Docket Entry No. ("DE") 1 [Complaint] at ¶ 1.

Civil Action No. 9:22-cv-80614-RAR

Property; as those non-parties are believed to be holding (or are believed to have held) some portion of the Property after it had been stolen from Plaintiff.

4. Specifically, counsel has communicated with accountholders at, *inter alia*, cryptocurrency exchange FTX, who cryptographic tracing showed were holding some portion of Plaintiff's stolen Property.

5. At a September 6, 2022 Status Conference, the Court and undersigned counsel discussed the prudence of Plaintiff filing a Motion for Asset Turnover from those non-party FTX customers; and the Court scheduled for November 7, 2022 an evidentiary hearing to consider arguments from Plaintiff and any objecting non-party concerning the turnover of the Property. [DE 35]. That hearing was later rescheduled for December 9, 2022 [DE 39].

6. Subsequent to that Status Conference, the Court appointed a Receiver to, *inter alia*, "sue for and collect, recover, receive and take into possession from third parties the Property" [DE 44].

7. Of equal importance, since the date of the last Status Conference, the FTX cryptocurrency exchange has ceased all asset deposits and withdrawals and is presently in bankruptcy proceedings in the U.S. Bankruptcy Court for the District of Delaware. *See*, *FTX Trading, Ltd., et al.*, U.S. Bankruptcy Court - District of Delaware, Case No. 22-11068 (JTD).

8. Because all assets at FTX are unable to be transferred, efforts to recover those assets and add them into the Receivership Estate are at a standstill as the FTX bankruptcy case proceeds.

9. In light of those bankruptcy proceedings -- which are in their earliest stages and are likely to extend far into the future -- Plaintiff respectfully requests that the December 9, 2022 evidentiary hearing be converted to a Status Conference so Plaintiff's counsel can address the Court on the best path moving forward.

Civil Action No. 9:22-cv-80614-RAR

10. Pursuant to Local Rule 7.1(a)(2), Plaintiff has submitted herewith a proposed Order granting the instant Motion.

For the foregoing reasons, Plaintiff ANDREW ASTROVE respectfully requests that this Honorable Court convert to a Status Conference the December 9, 2022 evidentiary hearing presently scheduled before the Court.

Respectfully submitted,

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone:     (954) 516-6000

By: _____
 DAVID C. SILVER
 Florida Bar No. 572764
 E-mail: DSilver@SilverMillerLaw.com
 JASON S. MILLER
 Florida Bar No. 072206
 E-mail: JMiller@SilverMillerLaw.com

  - and -

ERIC F. ROSENBERG [*Pro Hac Vice* - DE 7]
E-mail: ERosenberg@SilverMillerLaw.com
**SILVER MILLER**
5400 Kenilworth Avenue
Riverdale, Maryland 20737
Telephone:     (240) 516-6000

*Counsel for Plaintiff Andrew Astrove*

Dated:   December 7, 2022