# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:22-cv-80614-RAR

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

## ORDER PLAINTIFF'S MOTION TO CONVERT DECEMBER 9, 2022 EVIDENTIARY HEARING TO STATUS CONFERENCE

**THIS MATTER** having been brought before the Court upon the motion filed by Plaintiff ANDREW ASTROVE, an individual ("Plaintiff"), for entry of an Order converting to a Status Conference the December 9, 2022 evidentiary hearing presently scheduled before the Court [DE 39]; and the Court having considered the moving papers and having been otherwise duly advised in the circumstances surrounding the motion; and for good cause shown; it is

**ORDERED AND ADJUDGED** as follows:

(1) Plaintiff's Motion to Convert the Evidentiary Hearing to a Status Conference [DE \_\_\_\_ ] is hereby **GRANTED**.

(2) On December 9, 2022, the Court shall conduct by Zoom videoconference a Status Conference at which the Court will address with Plaintiff's counsel and any other interested parties in attendance the most prudent path to move the case forward. The Court will publish on the docket the Zoom login information prior to the Status Conference.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Florida, this \_\_\_ day of December 2022.

_____
HONORABLE RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc: all parties and counsel of record