# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80614-RAR**

ANDREW ASTROVE, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;

    Defendant.

_____/

## PLAINTIFF'S STATUS REPORT

Plaintiff ANDREW ASTROVE, an individual ("Plaintiff"), by and through his undersigned counsel and pursuant to this Court's June 29, 2023 "Paperless Order Requiring Status Report" (Docket Entry No. ["DE"] 52) (the "Order"); hereby files this Status Report advising the Court of the current state of this litigation.

As the Court noted in a December 12, 2022 Order [DE 49], "*the ongoing FTX Global bankruptcy is currently prohibiting further advancement of this cause.*"  See, *FTX Trading, Ltd., et al.*, U.S. Bankruptcy Court - District of Delaware, Case No. 22-11068 (JTD).  Since the date of the Court's Order, no change has taken place in that bankruptcy proceeding with regard to Plaintiff's legal interests and his ability to recapture the cryptocurrency assets stolen from him that -- according to cryptographic tracing -- were housed post-theft in FTX accounts.  On June 29, 2023, Plaintiff filed a Proof of Claim in that bankruptcy proceeding, but no decisions or distributions in connection with that claim have yet been made.

Plaintiff and his undersigned counsel remain available to address with the Court any questions the Court may have.  Otherwise, this matter should remain administratively closed pending resolution of the FTX bankruptcy case.  Following conclusion of that bankruptcy proceeding -- or upon any material change in Plaintiff's legal interests as they relate to that proceeding -- Plaintiff will update the Court accordingly.

Civil Action No. 9:22-cv-80614-RAR

Respectfully submitted,

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone:    (954) 516-6000

By: _____
    DAVID C. SILVER
    Florida Bar No. 572764
    E-mail: DSilver@SilverMillerLaw.com
    JASON S. MILLER
    Florida Bar No. 072206
    E-mail: JMiller@SilverMillerLaw.com

  - and -

ERIC F. ROSENBERG [*Pro Hac Vice* - DE 7]
E-mail: ERosenberg@SilverMillerLaw.com
**SILVER MILLER**
5400 Kenilworth Avenue
Riverdale, Maryland 20737
Telephone:    (240) 516-6000

*Counsel for Plaintiff Andrew Astrove*

Dated:  July 7, 2023